IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | |
|---|---|
| CATHY EPPINGER,<br>    Plaintiff, | *<br>*<br>*    DOCKET NO: 21-C-623 |
| vs. | *<br>*    DIVISION I<br>* |
| UNIVERSITY OF TENNESSEE<br>AT CHATTANOOGA,<br>    Defendant. | *<br>*<br>* |

## ORDER

That this matter came on to be heard on the 13th day of September 2021, on Motion To Withdraw, filed by Counsel for the Plaintiff, Attorney Jacqueline Strong Moss and Motion For Extension Of Time To Respond To Complaint, filed by Counsel for the Defendant, Attorney Michael D. Fitzgerald. Based on the record as a whole, and for good cause demonstrated, it is hereby,

**ORDERED** that Jacqueline Strong Moss is allowed to withdraw as counsel of record for Plaintiff, Cathy Eppinger. It is further,

**ORDERED** that Jacqueline Strong Moss has provided notice of attorney's charging lien for services rendered in this action. It is further,

**ORDERED** that Mrs. Eppinger shall be afforded thirty 30 days to proceed pro se, or to obtain new counsel. It is further,

**ORDERED** that Mrs. Eppinger shall have an additional thirty days to amend Plaintiff's Verified Complaint for Damages entered on July 1, 2021. It is further,

**ORDERED** that Defendant shall have thirty days from the entry of Plaintiff's Amended Complaint for Damages to submit Defendant's response.

**ORDERED** that all other matters are reserved.

1

Ct-Book/Page I-140/519

ENTERED this the 17th day of September, 2021.

                                                 _____
                                                 CIRCUIT COURT JUDGE

**APPROVED FOR ENTRY**
**STRONG MOSS LAW**

_____
Jacqueline Strong Moss, BPR 022952
Attorney of Record, Plaintiff, Cathy Eppinger
Email: strongmosslaw@gmail.com
1089 Bailey Avenue, Suite C7
Chattanooga, TN 37404


**CATHY EPPINGER**


_____
Cathy Eppinger, Plaintiff
Email: Keppinger@epbfi.com
1229 Gunbarrel Road,
Chattanooga, TN 37421



**THE UNIVERSITY OF TENNESSEE**

_____
Michael Douglas Fitzgerald, BPR 020079
Attorney of Record, Defendant University of TN
E-mail: mfitzge8@utk.edu
719 Andy Holt Tower
1331 Circle Park Drive
Knoxville, TN 37996

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served on all parties at interest in this action by transmitting same by United States Mail, via facsimile, or hand delivery, addressed as follows:

Cathy Eppinger: keppinger@epbfi.com
Michael Douglas Fitzgerald: mfitzge8@utk.edu

This 15th day of September, 2021.

BY: _____
JACQUELINE STRONG MOSS

3