IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE
FOR THE ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA

| | |
|---|---|
| **CATHY EPPINGER**, | ) |
| Plaintiff, | ) |
| | ) **Civil Action No. 21C623** |
| v. | ) |
| **UNIVERSITY OF TENNESSEE,** | ) |
| **AT CHATTANOOGA** | ) |
| Defendants. | ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

TO: Larry L. Henry, Clerk
Hamilton County Circuit Court
500 Courthouse
625 Georgia Avenue
Chattanooga, TN 37402

PLEASE TAKE NOTICE that Defendant, The University of Tennessee, has filed a Notice of Removal of the above-styled action from the Circuit Court of Hamilton County, Tennessee to the United States District Court for the Eastern District of Tennessee, Chattanooga Division. A copy of the Notice of Removal with the electronic filing confirmation is attached hereto.

Respectfully submitted this 1st day of November, 2021.

Michael D. Fitzgerald, BPR # 020079
Associate General Counsel
The University of Tennessee
Office of the General Counsel
719 Andy Holt Tower
Knoxville, TN  37996-0170
(865) 974-3245
mike.fitzgerald@tennessee.edu

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 1st, 2021, a true and correct copy of the foregoing Notice of Notice of Removal was served via e-mail and U.S. first-class mail, postage prepaid, to:

>Ms. Cathy Eppinger
>1229 Gunbarrel Road
>Chattanooga, Tennessee 37421
>keppingr@epbfi.com

Michael D. Fitzgerald