# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | | |
|---|---|---|
| CATHY EPPINGER, | ) | |
|     Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| V. | ) | <u>1:21-CV-00268-KAC-CHS</u> |
| | ) | |
| UNIVERSITY OF TENNEESSEE | ) | JURY TRIAL DEMANDED |
| AT CHATTANOOGA | ) | |
|     Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Attorney Jacqueline Strong Moss, attorney of record for Plaintiff, Cathy Eppinger, and pursuant to Local Rule 83.4(g)(1)-(5), submits for consideration, her second motion to withdraw as attorney of record for Plaintiff, Cathy Eppinger.

The undersigned hereby affirms that Mrs. Eppinger filed her consent to withdrawal with this Court as document number 27. Counsel specifically request that Plaintiff's submission be filed under seal.

Therefore, for good cause shown, counsel requests permission to withdraw from further representation of the Plaintiff in the above referenced action.

                        Respectfully submitted,

                        **STRONG MOSS LAW**

                        */s/ Jacqueline Strong Moss /s/*
                        _____
                        Jacqueline Strong Moss
                        Tennessee Bar No.: 022952
                        *Attorney for Plaintiff Cathy Eppinger*
                        1089 Bailey Avenue, Suite C7
                        Chattanooga, TN 37404
                        423-580-5621        Voice
                        931-572-5483        Fax
                        <u>strongmosslaw@gmail.com</u>   E-mail

## CERTIFICATE OF SERVICE

The foregoing pleading was filed using the CM/ECF system which automatically provides notice to the following parties by electronic means.

                         Michael D. Fitzgerald, BPR 020079
                         Attorney for Defendant
                         Associate General Counsel
                         The University of Tennessee
                         Office of the General Counsel
                         719 Andy Holt Tower
                         Knoxville, TN 37996-0179

This 14th day of June 2022
**STRONG MOSS LAW**
/s/ *Jacqueline Strong Moss*

_____

Jacqueline Strong Moss
Tennessee Bar No: 022952