CIRCUIT COURT HAMILTON COUNTY TENNESSEE

CATHY EPPINGER

  Plaintiff,

V.

UNIVERSITY OF TENNESSEE

AT CHATTANOOGA

  Defendant.

Civil Action No. 1:21-CV-00268-KAC-CHS

FILED

**JURY TRIAL DEMANDED**

JUL 07 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

---

## EXHIBITS IN SUPPORT OF

## AMENDED COMPLIANT FOR DAMAGES

---

### VOLUME A – S (PART 1-75) pages

Cathy Eppinger, *Pro Se* Plaintiff
1229 Gunbarrel Road
Chattanooga, Tennessee 37421
Voice: 423-994-3777
Email: Keppingr@epbfi.com

1

INDEX OF EXHIBITS

| Document Name | Date | Vol No. | Part |
|---|---|---|---|
| EEOC Right to Sue | 4/28/22 | A | 1 - 4 |
| Performance Improvement Plan | 5/12/22 | B | 5 - 10 |
| Performance Review | 5/12/22 | B | 11 15 |
| Performance Rebuttal | 5/18/22 | C | 16 |
| 2020 Performance review missed | | D | 17 |
| 2021 Performance review | | E | 18-22 |
| Bachelor of Science Associate of Applied Science Eppinger's Resume | - | F | 23-25 |
| 2018-19 Performance Review | - | G | 26-42 |
| 2020 Performance review missed | 3/31/221 | G | 43 |
| THRC notification | 12/9/2020 | H | 44-45 |
| Days later raise of $3.86 | 12/11/2020 | H | 46 |
| Identical duties as: Amanda Winesburgh-Business Managers Linda Sue Stephens -Budget Debby Corey - Motor Pool | | I | 48-53 |
| Business Manager qualification/criteria not given Selected group - reclassification | 7/13/20 | J | 54-55 |
| Lower entry jobs are posted only | 1/27/2020 7/29/2021 7/27/2021 | K | 56-62 |
| The beginning of McClellan's Harassment and Retaliation | 12/31/2020 | Q | 63-65 |
| Final Written Warning | 4/16/21 | M | 66-67 |
| New phone installment | 4/12/2021 | N | 68 |
| Rebuttal Meeting with HR | 6/15/22 | O | 69-70 |
| Excluded from UT Event | 6/15/2022 | P | 71 |
| Encroachment of payroll | 4/15/21 | Q | 72-74 |
| Remove of Job duties | 8/17/2021 | S | 68-75 |
| Phone Anxiety | 12/31/2020 | L | 56 |
| Job duties removed | 2020-2022 | R | 75 of 14 pages |
| Sue Stephens retired/returned as Budget employee | - | S | 83-85 |
| Reserved conference room | | V | 79-84 |

2

Case 1:21-cv-00268-KAC-CHS   Document 38-1   Filed 07/07/22   Page 2 of 160   PageID #: 430

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was delivered to the following persons set out below by U.S. Mail

On this ___7th___ day of ___July___ 2022

**UNIVERSITY OF TENNESSEE AT CHATTANOOGA**
c/o Yousef Hamadeh Esq.
Office of the General Counsel
615 McCallie Avenue
Chattanooga, TN 37403

**THE UNIVESITY OF TENNESSEE**

Michael Douglas Fitzgerald, BPR 020079
Attorney of Record, Defendant University of TN
E-mailed: mfitzge8@utk.edu
719 Andy Holt Tower
1331 Circle Park Drive
Knoxville, TN 37996

**CATHY EPPINGER**

Cathy Eppinger, pro se Plaintiff
E-mailed: keppingr@epbfi.com
1229 Gunbarrel Road
Chattanooga, TN 37421

4

STATE OF TENNESSEE
COUNTY OF HAMILTON

On this ___7ᵘ___ day of ___July___, 20 __ZZ__ before me appeared
___CATHY EPPinger___ known personally to me to be the person described in and who
executed the forgoing instrument and acknowledges that he/she executed the same as his/her free
act and will.

_____
Cathy Eppinger **Pro Se** Plaintiff
1229 Gunbarrel Road
Chattanooga, Tennessee 37421
Voice: 423-994-3777
Email: keppingr@epbfi.com

Sworn to and subscribed before me

This ___7ᵗʰ___ day of __July__, 2022

_____
Notary Public
My commission expires: __06/23/2025__



CORI ELSWICK
STATE
OF
TENNESSEE
NOTARY
PUBLIC
HAMILTON COUNTY

3



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Nashville Area Office
220 Athens Way, Suite 350
Nashville, TN 37228
(629) 236-2240
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/28/2022

**To:** Mrs. Cathy Eppinger
1229 Gunbarrel Road
CHATTANOOGA, TN 37421
Charge No: 494-2021-02639

EEOC Representative and email:     Troy Shick
Investigator
Troy.Shick@EEOC.GOV

---

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party filed suit in court.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 494-2021-02639.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
04/28/2022

Edmond Sims
Acting District Director

Exhibit A

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

Pg: 6

To: **Cathy Eppinger**
**1229 Gunbarrel Road**
**Chattanooga, TN 37421**

From: **Memphis District Office**
**1407 Union Avenue**
**Suite 900**
**Memphis, TN 38104**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **25A-2021-00042** | **Melissa C. Brown,** **Acting State, Local & Tribal Coordinator** | **(629) 236-2252** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other (briefly state)    **CP Filed Suit**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Edmond Sims, Acting District Director**

July 8, 2021

Enclosures(s)    *(Date Issued)*

cc:

**Rosite Delgado**
**Director, Office of Equity and Inclusion**
**UNIVERSITY OF TENNESSEE AT CHATTANOOGA**
**202 Human Resources Center, Dept. 5455**
**720 McCallie Avenue**
**Chattanooga, TN 37421**

**Tennessee Human Rights Commission**

**Jacqueline Strong-Moss, Esq.**
**STRONG MOSS LAW**
**1089 Bailey Avenue, Suite C7**
**Chattanooga, TN 37404**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 494-2021-02639 |

**TENNESSEE HUMAN RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MRS. CATHY EPPINGER** | **423-994-3777** | **1964** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1229 GUNBARREL ROAD, CHATTANOOGA,TN 37421** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **UNIVERSITY OF TENNESSEE AT CHATTANOOGA (UTC)** | **201 - 500** | **(423) 425-4221** |

| Street Address | City, State and ZIP Code |
|---|---|
| **400 PALMETTO ST., DPT # 3553, CHATTANOOGA, TN 37403** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **02-05-2021**  Latest **12-07-2021**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for the above-named employer in November 2011, as an Administrative Assistant III. The employer has more than 20 employees.

I am African American, disabled and in the protected age group. The employer is aware of my disability. I have constantly been harassed by my co-workers and supervisor, but nothing has been done to stop the harassment. On December 9, 2020, filed a charge of discrimination with THRC (25A-2021-00042). Since the filing of my charge, I have been harassed and intimidated by my supervisor, Anthony Mcclellan. For example, but not limited to; Mr. Mcclelan would eye ball me, speak to me in a harsh manner and at one point, I was standing in a doorway and he looked at me as if he wanted me to move when he could have just used another door. Also, I was denied promotion, my assigned duties of 6 years plus were removed since my State Court filing on July 1, 2021, I was not given an office after being told I was getting one, and I was not given a performance evaluation. Additionally, in March 2021, another White employee, under the age of 40, was promoted to a lead role

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cathy Eppinger on 12-10-2021 01:08 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Pg. 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 494-2021-02639 |

**TENNESSEE HUMAN RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

position and again, the position was not posted.

**I believe that I have been discriminated against based my race (AA), disability, age (57) and retaliated against for my protected activity, in violation of the Age Discrimination Employment Act of 1967, as amended, Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Amendments Act of 2008.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cathy Eppinger on 12-10-2021 01:08 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |


# THE UNIVERSITY OF TENNESSEE
# CHATTANOOGA

**Assistant Vice Chancellor for Operations**
Dept 3553
615 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4687
Fax: (423) 425-4533
www.utc.edu

## MEMORANDUM

**TO:**     Cathy Eppinger, Administrative Specialist III

**FROM:**   Anthony McClellan, Executive Director of Facilities Operations

**SUBJ:**   Performance Improvement Plan

**DATE:**   May 12, 2022

The University expects all staff members to adhere to University/department policy, follow directives from supervisors, exemplify sound decision-making, behavior, collegiality and professionalism, and manage University resources conscientiously. These responsibilities are essential to our mission of serving students, the University community, and the public.

I have observed specific performance concerns over the past few months in which you have failed to uphold University expectations. While the enclosed Performance Improvement Plan (PIP) addresses these concerns collectively and outlines expectations for improvement, below is a summary of those concerns:

- Failure to exhibit respect and professionalism toward your supervisor. The most recent incident involving such behavior occurred on March 25, 2022, in which you exhibited disrespectful and unprofessional conduct in your interaction with me after I requested that you correct issues concerning the processing of a vendor's late fee assessment.

- Insubordination or refusal to follow instructions or to perform designated work or to comply with directives of your supervisor. Additionally, failure to properly keep me informed of issues concerning matters you are involved with.

- Failure to properly follow policies/procedures for the reconciliation of vendor accounts and for processing late fee/interest assessments on vendor invoices.

- Failure to promote an atmosphere of collegiality and treat co-workers and vendors with respect.

You previously received a Final Written Warning on April 16, 2021, for engaging in some of the same behaviors cited in the enclosed PIP, namely exhibiting inappropriate and unprofessional behavior toward me and co-workers. Instead of terminating your employment at this time, you are being afforded a final opportunity to correct these performance issues. I sincerely hope that you appreciate the serious nature of these concerns and that you take appropriate steps to correct them.

cc:     Human Resources

The University of Tennessee at Chattanooga is a comprehensive, community-engaged campus of the University of Tennessee System.

Exhibit B

# PERFORMANCE IMPROVEMENT PLAN (PIP)

Employee Name:    Cathy Eppinger

Department:    Facilities and Planning

Due to observed performance concerns, you are being placed on a Performance Improvement Plan (PIP) for the next ninety (90) days. Your work will be closely monitored during this time, with formal progress reviews conducted every thirty (30) days. The University reserves the right to take disciplinary action, up to and including termination, at any time if the circumstances warrant it. It is the department's sincere hope that, during this time period, you will reflect on your commitment to our department, the level of integrity and professionalism the department expects of its employees, and the ways in which your behavior and performance can contribute positively to the atmosphere in the department.

| 1. Performance or Behavior Concern | Failure to exhibit respect and professionalism toward supervisor |
|---|---|
| | <ul><li>Communicates and interacts with supervisor in a disrespectful and inappropriate manner</li><li>Fails to respond properly to supervisor's requests for information</li><li>Example: inappropriate March 25, 2022 interaction with supervisor re: supervisor's request for you to correct processing of vendor late fee assessment invoice</li><li>Example: inappropriate response to supervisor's February 2022 inquiry regarding vendor credit memo/check</li><li>Example: inappropriate February 25, 2022 interaction with supervisor regarding change of supervisor's physical inbox</li><li>Example: inappropriate response to supervisor's November 3, 2021 request for prior review of department-wide communications</li></ul> *(handwritten: He was Inappropriate) (He was inappropriate)* |
| **Expected Results/Steps to Achieve Results** *(handwritten: After April 16, 2021 there has Not Been Any incidents.)* | <ul><li>Exhibit respectful and courteous behavior and communication with supervisor at all times</li><li>Review and adhere to employee conduct expectations under *University Policy HR0580 – Code of Conduct*</li><li>Properly respond to supervisor requests for information; do not tell supervisor to seek information from other employees in response to requests – confirm the extent of your knowledge of the matter and then proactively seek guidance from employees with additional information to share with your supervisor</li><li>Establish self-development plan for thoughtfully addressing the performance deficiencies noted above,</li></ul> |

| | which would include completing specific development workshops and seeking additional guidance and resources from HR. Please present development plan to your supervisor for review within one week of receipt of this document. |
|---|---|
| | |
| **2. Performance or Behavior Concern**<br><br>ALL issues Listed Are Brand New 1st Ever Learned of Issue | **Insubordination or refusal to follow instructions or to perform designated work or to comply with directives of supervisor; failure to properly keep supervisor informed of issues concerning matters you are involved with**<br>• Failure to keep supervisor appropriately informed of issues concerning employee pay status, utility disconnection notices, and vendor payments/refunds matters (e.g., employee pay status - Jana Quinn's timesheet; utility disconnection notices - West Campus Housing; vendor payment/refund - Bill Gambol/ L&W Service)<br>• Failure to follow supervisor's instruction to establish conference room booking system through Outlook (supervisor ultimately set up Outlook system after task not completed more than 3 months after supervisor's request)<br>• Failure to comply with supervisor's repeated directive to complete University training in order to obtain procurement card (P-Card); not performing responsibility to manage departmental P-Card<br>• Failure to comply with supervisor's instruction to regularly collaborate with business manager and other co-workers in order to reduce errors and increase efficiency in processing of invoices and department transfer vouchers (e.g., avoided meeting with business manager in December 2021 on multiple occasions despite repeated requests to meet with her to collaborate on improving internal processes; failed to meet with business manager to develop back-up support for when you are out of the office; inappropriately responded to business manager's March 16, 2021 inquiry regarding Johnson Controls invoices)<br>• Failure to comply with supervisor's instruction to complete electronic reconciliation of utility accounts within the requested timeframe<br>• Failure to comply with supervisor's directive not to involve Linda Sue Stephens in invoice processing and |

| | |
|---|---|
| | other work duties with which Ms. Stephens previously assisted before her retirement from full-time position |
| **Expected Results/Steps to Achieve Results**<br><br>ALL this is<br>New Inform.<br><br>WAS NEVER,<br>Ever told this | • Complete assigned tasks in a timely manner and follow supervisor's directives — Prov. time given<br>• Keep supervisor appropriately informed of any issues that may arise relating to matters you are working on<br>• Seek guidance from supervisor regarding appropriate deadlines and prioritization of work assignments<br>• Complete required training for obtaining departmental P-Card (within 15 days of date of PIP); upon completion of training, execute steps to manage departmental P-Card<br>• Regularly collaborate and communicate professionally with business manager and other co-workers to ensure more efficient and accurate processing of invoices and departmental transfer vouchers<br>• No further involvement of Ms. Stephens on recurring, routine business/HR matters. All such matters should be addressed with business manager. |
| **3. Performance or Behavior Concern** | **Failure to properly follow policies/procedures for reconciliation of vendor accounts and processing of late fee/interest assessments on vendor invoices**<br>• Failure to perform electronic reconciliation of utility accounts in accordance with University policy and departmental processes in March 2022 ⟹ Prov. Info for 2] Live Electrone<br>• Failure to verify and/or negotiate with vendor regarding late fee/interest assessments on vendor accounts before submitting for payment ⟹ Departmental Issue<br>• Failure to properly process vendor charges for late fee/interest assessments in accordance with University policy<br>• Examples: TN Dept of Labor & Workforce Development – Elevator Unit invoice nos. 791666,✓ 788696, 788773, 788797, and 784006 |
| **Expected Results/Steps to Achieve Results** | • Review and ensure compliance with *University Policy FI0115* and departmental processes re: reconciliation of vendor accounts<br>• Review and ensure compliance with *University Policy FI0505* re: processing of all late fee/interest assessments<br>• All late fee/interest assessments processed in accordance with *University Policy FI0505:* Prov. Details |

Pls. provide what has not been process timely.

| | |
|---|---|
| | ○ Communicate with vendor to verify assessment and, if feasible, negotiate removal or discount of assessment<br>○ If assessment verified and payable, request separate invoice for late fee/interest assessment (properly documented)<br>• Document and keep supervisor informed of communications with vendors for each instance re: late fee/interest assessments |
| **4. Performance or Behavior Concern** | **Failure to promote an atmosphere of collegiality and treat co-workers and vendors with respect**<br>• Failure to communicate with co-workers<br>• Exhibited unprofessional and disrespectful conduct toward vendor (Mark's Tree Service) re: refund payment to University *Pls Prov Inform* |
| **Expected Results/Steps to Achieve Results** | • Treat co-workers more respectfully and communicate with them as needed; properly and professionally respond to co-worker requests for information<br>• Promote atmosphere of collegiality<br>• Communicate with vendors respectfully and professionally *Pls. Prov detail Inf.* |

**Progress Meetings/Status:**

I will review your progress on each of the above items and conduct follow-up meetings with you every 30 days. Failure to meet and sustain improved performance during the specified timeframe may lead to disciplinary action.

(1) _____    <u>Resolved:</u> ☐ Yes ☐ No
      Date

(2) _____    <u>Resolved:</u> ☐ Yes ☐ No
      Date

(3) _____    <u>Resolved:</u> ☐ Yes ☐ No
      Date

**Signatures:**

_____    _____

Employee Signature

_Anth McCW_

Supervisor Signature

Date

_05-12-2022_

Date

_____

Witness Signature

Date

May 18, 2022

Cathy Eppinger

Facilities Planning & Management

**Performance Review (Rebuttal)**

**Employee comment:**

If in area of my performance do not measure up to job standards, I feel, I should have had some type of **AWARENESS**, in the form of off the job discussions (verbally), critic concerning areas of concerns. Additionally, when it comes to general performance reviews, it should **NOT** be a surprise to an employee, involving areas of concerns, or where an employee is not measuring up to job expectations. I feel the employee and manager should identify strong attributes and those areas needing improvement. After the discussion (verbally) a written document of identified area should be given to employee in advance before his or her annual performance. I feel my performance was given in a manner due to my filed complaint with THRC, EEOC, and Federal court which Anthony McClellan is a main character of that compliant. I strongly feel this is retaliatory, as well as, harassment beginning December 2021, when McClellan shared via phone that the university has an investigation. Thereafter, January 2022, I found myself in an interrogation meeting that included McClellan and Judy Brown (Human Relation) in which Ms. Brown prior to the meeting stated that McClellan was on my side via email. (Attachment 1)

(Pg 16)

| Issues Per McClellan: | On January 21, 2022, I explained to McClellan |
|---|---|
| **\*P. Card** | how difficult the test is to obtain a P. card and that |
| Attachment 2 | Debby Corey advised that she had taken the test |
| | 20+ times. Until she got frustrated and decided to |
| | use a cheat sheet and then offered to me. I |
| | explained to McClellan that training should be |
| | provided if employee must take that many tim[e] |
| | to pass a test. This is an educational institution |

1

| | |
|---|---|
| | McClellan stated that he will see what he can do and that he understood. My daily task would not allow me to spend that much time on a test and I do not wish to take heed to cheating which defeats the purpose of learning. I want to understand everything needed to hold and be responsible for the university money. |
| *Reconciling accounts electronically Attachment 3 & 4 | According to Amanda Winesburgh email February 7, 2022, and my understanding Electronic Ledger Reconciliation will not go live until end of fiscal year. Here, I have not seen a date to where/when electronically ledgers have gone LIVE, and/or a sit-down discussion with McClellan, why? Weekly meetings are "so" important. I suggested this in a round table meeting but no actions were taken due to the fact it was suggested by Eppinger. |
| Final written warning April 16, 2021 | *How long will we continued stand on to this "write up" when I have been **reprimanded** and not one incident has occurred after April 16, 2021. Here, I have learned my lesson and very sorry that it happened, as well as apologized to McClellan. To add, **Confidentiality:** On April 16, 2021, why was I approached by Kevin Odum regarding my write-up, and on April 17, 2021, by Ardarryl Clay. Perhaps, McClellan has boasted and shared his actions to with other employees. On April 16, 2021, there were only three people present in the |

2

| | |
|---|---|
| | conference room Laure Pou, McClellan, and me. How did this confidential information travel? We would not want to think that McClellan would share confidential information, correct? |
| Accountability & Dependability | It appears that I am good here and (consistently). Question, why did I only receive a 3? Please compare this number to my counterparts who reports to McClellan: Cory McGraw, Debby Corey, Donnie Hodge, and Chris Charland. With assurance each of them will received their cross the board raise. |
| Inclusion, Diversity & Engagement | Again, final written warning in which I have been cautious yet continued harassed by Winesburgh and McClellan. |
| Decision Making & Problem solving | It appears, I am good here. Why did I only receive a 3? Additionally, and agree, if there is something I do not understand, I have no problem with questions. Please compare this number to my counterparts who works under McClellan: Cory McGraw, Debby Corey, Donnie Hodge, and Chris Charland. I assure each of them will received their cross the board raise. |
| March 25, 2022 | Vendor late fees. Here, McClellan's level of integrity is zero. Untruths exist. The visit to his office communicating through a cracked door is not inviting. When I view other employees, Example; Donnie Hodge was offered a seat in his office. McClellan has never invited me in his office since my |

3

| | complaint. He only communicates thru email that is (only me) which is a poor tool to communicate. I feel his goal is for me to write something that will result in employment termination. I have attempted numerous times to make it work with McClellan, but he will not forgive. He is not a loving individual no matter how hard I try. |
|---|---|
| Follow instruction/perform duties | Here, I have always done what I am asked. Always, because I love what I do here and most importantly I enjoy/love my team. Facilities is a busy department, and I enjoy being busy work. What am I missing? |
| Vendor respect | Whom have I disrespectful? Please give me a name so I can apologize and make it right before I die. |
| Unprofessional behavior | What co-workers, please whom? |
| Performance/Behavior | Respect toward supervisor...fabricated Failure to respond properly...please provide information, and please note McClellan never interacted verbally and/or come to my office. Email can sometimes be overlooked especially with the workload I hold. Late fees March 25th ...fabricated. Please provided specifics. |
| February 2022 vendor credit memo/check Attachment 5... please see the attack when the answer is provided. L&W services | The actual date is February 14, 2022. Here, which I explained to McClellan. Winesburgh handled and talked with the vendor, accounting, and Knoxville. She provided the address and advised me to mail, and I mailed |

4

| | the check as advised. Please make him stop! Please, please. I beg you! I am good people and I love my team! We have to much work, for the unnecessary drama. |
|---|---|
| November 3, 2021 | Please provide more detail. |
| Expected Results/Steps to achieve | Exhibit respectful…fabricated. No proof! |
| Performance or Behavior<br><br>Not once have we had a sit down talk regarding changes, and/or expectations. This is not fair to the employee. Email is not a proper tool of communication especially when you have a work overload.<br>Attachment 6 | All this is brand new instructions! No awareness, and/or discussed (sit-down, face-to-face) conversations until my review which results in loss of a cross the board raise:<br>➢ Utility disconnection noticed, GAS here, I had made Tom aware of this verbally and have always informed him.<br>➢ Employees pay status<br>➢ Meeting see attachment 5 requesting a reschedule. Winesburg accepted the change, therefore, what is the issue. Please make him stop! Please, I beg you! see attachment 5 |
| Conference room booking | This was done the 1st time McClellan has advised on several occasion to make suggestion. When I make suggestions, he is never pleased. Example, a calendar identical to his 15-minute calendar, he changes. I cannot make him happy although, I try very hard. |
| Please note highlight calendar continued<br>Attachment 7 | Please note email Tuesday, March 1, 2023. McClellan's response "item completed; it |

| | took less than 15 minutes". If this is so, the Facilities department knew nothing of McClellan calendar he created. Please provide a notification mass email. |
|---|---|
| | Example: Jean Betters and Michelle Prince approach me wanting to book the conference room? Why wasn't the Facilities team aware of his new 15 minutes calendar in which he failed to share with team facilities. |
| Invoices errors December 21, 2021 | Please provide more detail information |
| Backup | I have always asked Amanda, and/or Linda Sue Stephens to cover me with Utilities. Nothing has ever been late. And all invoices are entered the same day of return. |
| March 16, 2021, Johnson control invoices | Please provide more detail information |
| Electronic reconciliation Attachment 8 | Here, possibly I am missing something because I thought we were to begin this the beginning of new fiscal year. Verbal communication is essential, and I have never ever had this with McClellan since my complaint. |
| Linda Sue Stephens | Here, perhaps, I have missed this one, too. This is new instructions not to involve Ms. Sue. The only thing I can remember is to give TV to Amanda which I have done with no errors. Please note each time I turn in the TV billing to Amanda, I have always asked, "how did I do", and her response has always been Great! It is crystal clear of McClellan's effort here is harassment and retaliatory. |

6

| | |
|---|---|
| Errors | McClellan in the past has stated that no one is perfect, and error is acceptable. His words "error means you are working" Please provide more detail information of errors. Additionally, before my complaint, I recall McClellan words "he gives the assignment and allow the employee to **OWN** it." Example, the calendar, let me own it, please. |
| Expected Results/Steps to Achieve Results<br>P. card<br><br>Deadlines:<br>Attachment 9 | ➢ Time management – what task? Here, I am detail oriented and every employee in Facilities knows it. Elaborate, please<br>➢ Supervisor informed – brand new<br>➢ Deadlines – if this means P. Card the test is difficult to pass it took Debby Corey 20+ times, we need a zoom class as we have with Travel.<br>➢ Deadlines:<br>➢ My performance review should have been completed March 31, 2022, and May 2022, I received my review.<br>➢ Deadlines Invoices:<br>➢ McClellan holds invoices 2 to 3 days, which causes a backlog for Eppinger. Example on April 29, 2022, I had to send over 50+invoices. Please note these invoices was provided to McClellan for approval on April 26, 2022, and payroll records indicated that McClellan worked on April 26 & 27th 2022 there has been time longer. |

| | |
|---|---|
| | <ul><li>Prioritization work assignment – my work is never behind – brand new! I am a very organized individual.</li><li>Please provide specifics.</li><li>15 days to obtain P. card too difficult to pass in 15 days without a zoom class to ask questions. Again, this is an educational institution.</li><li>Invoices/TV what are the deadlines, please. What has been late - brand new information, please provide specifics!</li><li>No further involvement Sue Stephens this is brand new information! I only heard give TV to Winesburgh instead of Stephens. Here, McClellan and I have never had a sit-down discussion regarding.</li></ul> |
| Vendor late fees. *Please note I understand policy is crucial, but what I am simply stating this is a departmental issue. Question, should we make a change departmental wide? Absolutely! However, I feel, I was singled out. This was also shared with Tom, and he is aware of departmental issue.<br>Attachment 10 | The only invoice late fees are **State of TN elevator**. Please note that we have always *added 01 to pay late fee, however, this is a departmental issue, but Eppinger was the only one received the non-policy issue, although Tom Ellis/McClellan has approved numerous invoices as such. Additionally, accounting keyed and Knoxville cut the check. |

8

| | |
|---|---|
| State of TN invoices 791666A 137.50 late fee<br>Attachment 11 vendor resubmit a new invoice<br>by adding an "A"<br>Attachment 11 | Process this way since 2015, but now that everyone is aware this will be the corrected invoice from the vendor.<br>This was put in Hodge box for approval |
| *788696-01,7788773-01, 78897-01, and 784006,<br>Attachment 11<br>Attachment 11...Please note. This is a departmental issue and should have been a mass email not just one employee, Eppinger. | *Invoices paid with 01 were all paid, and process by the following people: Ellis and Stephens (see invoice #62748-01), Eppinger, McClellan, and Donnie Hodge, Accounting and Knoxville. |
| In closing<br><br>Please see attachment 5 it was "resolved."<br>Question:<br>Why was it re-visited?<br>Who shared with McClellan it was resolved?<br><br>We have too much work in Facilities for team members to attempt to hurt their own team members. | McClellan and Winesburgh has struggle to seek my wrongdoing and each time I see the two of them in a meeting. Before the end of the day, I receive some type of email from McClellan. For example, who made him aware of this resolved check issue from L&W services. Winesburgh had to share with McClellan. Again, we have too much work for unnecessary drama. |
| Complaint with EEOC/THRC and Federal court | I feel, I am under attack. The Law and Bible states that I can exercise my RIGHTS, which I have done. My family needs health insurance just as other employees in Facilities. I am someone's wife, mother and daughter, no family member should be attacked for exercising his or her rights. I work |

9

|  | diligently on each task all day long. I am not perfect, but I try very hard to be. I feel, I am a targeted because of my filed complaint. |
|  | I would like to be treated as my counterparts, in which I deserve. |

Thank you for your time and attention,

Sincerely,



Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu

THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

10



**Eppinger, Cathy**

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Thursday, December 31, 2020 5:45 PM |
| **To:** | Brown, Julie |
| **Subject:** | Re: What is going on??? |

Thank you, I feel so much better.

Sent from my T-Mobile 4G LTE Device

*( Interrogation instin Instead )*
*CE*

——— Original message ———
From: "Brown, Julie" <julie-g-brown@utc.edu>
Date: 12/31/20 3:53 PM (GMT-05:00)
To: "Eppinger, Cathy" <Cathy-Eppinger@utc.edu>
Subject: Re: What is going on???

Cathy, Anthony wants to provide clarification about a few things that have occurred. He wants to build a positive working relationship based on communication and transparency. He's in your corner and supports you. I look forward to seeing you next week.

Thanks,
Julie

Get Outlook for iOS

From: Eppinger, Cathy <Cathy-Eppinger@utc.edu>
Sent: Thursday, December 31, 2020 3:33:21 PM
To: Brown, Julie <julie-g-brown@utc.edu>
Subject: What is going on???


**Please tell me, what was the phone call regarding, please tell me?**

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu

THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA



1

12/31/2018 Beginning of Harassment

Cathy - c'mon now

you're not in trouble

nothing bad is happening

McClellan, Anthony  12/31/2020 3:29 PM
Because I wanted to talk to you, . . . that's why i call

please relax

McClellan, Anthony  12/31/2020 3:30 PM
you said you didn't want to talk today.  and that's okay

McClellan, Anthony  12/31/2020 3:30 PM
have a Happy New Year.
will talk to you soon

12/31/2020 3:29 PM
Why the phone call, why?

12/31/2020 3:29 PM
about what

12/31/2020 3:30 PM
Thanks, Anthony

do you know it Kelsey is in the office?

been trying to reach her

McClellan, Anthony  12/31/2020 3:11 PM
shoot

I can cal you at your desk

if that's okay. . . . I just try to be sensitive

McClellan, Anthony  12/31/2020 3:28 PM
Cathy - c'mon now

you're not in trouble

nothing bad is happening

12/31/2020 3:11 PM
Hi there, I cannot get in locked

Mr. Wells do not own a key

12/31/2020 3:21 PM
What is going on, please?

That phone call just ruin my Happy New Year.

1/1 , 17. 2

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Friday, January 21, 2022 8:46 AM |
| **To:** | McClellan, Anthony |
| **Subject:** | FW: Travel Card |

Please advise how to handle.

**From:** Wilson, Susan T <wilsons@tennessee.edu>
**Sent:** Thursday, January 20, 2022 4:13 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Travel Card

We have a new travel card on file that has been issued in your name, however, as of today you have not successfully completed the travel card training in K@TE. In order to release the travel card to you, this training **must** be completed. If this required training has not been completed by January 31, 2022, the card in your name will be cancelled.

If you feel you have completed the training, please email ap_cardadmin@tennessee.edu a copy of the certificate you received upon completion. Here is the link to the training for your convenience. https://tennessee.csod.com/samldefault.aspx?returnurl=%252fDeepLink%252fProcessRedirect.aspx%253fmodule%253dlodetails%2526lo%253dac20593c-efc8-4a37-b737-13a17f61aaa3

Thank you,

Susan Wilson
Card Program Administrator



THE UNIVERSITY
TENNESSE
SYSTEM

Accounts Payable
301 Andy Holt Tower
Knoxville, TN 37996-0100

wilsons@tennessee.edu
865-974-3287
Fax 865-974-2701



1

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Monday, February 7, 2022 3:48 PM |
| **To:** | Winesburgh, Amanda |
| **Subject:** | RE: Electronic Ledger Reconciliation |

Indeed to the Max!

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Monday, February 7, 2022 3:46 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

Good deal, I think your going to love this!

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 7, 2022 3:44 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

Yes, I am familiar with Pcard reconciliation, I completed this monthly in the OT department. Ms. Sue has always completed Pcard reconciliation here in facilities. I would assume Joey as well.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Monday, February 7, 2022 3:31 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

If I can recall correctly this is something that went campus wide (with a few exceptions - facilities being one of those exceptions) around 2018 but I would have to check further for an exact date. One of our goals in facilities this year is to have all ledgers reconciled electronically , we currently have all p-cards being done this way now.

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 7, 2022 3:28 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

What year was this ledger tool introduced?

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Monday, February 7, 2022 3:24 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

1

Policy requires us to save in two places , but most areas on campus are saving it in IRIS as well as in a shared drive file to satisfy he need to have it saved in two different places. Tom & Anthony's approval of the ledger will act as their signature for the utility ledgers.

Let me know if you need any assistance, it's great process once you get used to it.

Thanks,
Amanda

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 7, 2022 3:20 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

Awesome! I like it...does this mean no more printing out hard copy ledgers? I will try it tomorrow and follow-up with you.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Monday, February 7, 2022 3:13 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

Not really, the p-card requires you to manually attach receipts and allows you to change account #'s and gl codes as needed. These electronic ledgers for the most part already has the documentation ( typically invoices) already attached and you mark them as complete , or pending if needed. They also allow you to make departmental comments , as well as comments that can be seen by anyone with IRIS access. Once you complete the electronic ledger reconciliation it goes through a work flow for Tom or Anthony to approve.

Here is a pdf training with screen grabs that is super helpful:
https://www.utc.edu/sites/default/files/2020-03/electronic-ledger-reconciliation-2019.pdf

Here is the link to a webinar available on K@te : https://tennessee.csod.com/ui/lms-learning-details/app/video/ec3a334a-ce94-40e0-8011-a613558f33d7

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 7, 2022 2:51 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

Is this thru IRIS similar to Pcard reconciliation?

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Monday, February 7, 2022 2:47 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

2

Great , how does 3:00 on Wednesday sound ? It won't take us longer than an hour, if this works for you I will send you a calendar invite and will come to you so you can be on your computer as we go through it.

Thanks,
Amanda

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 7, 2022 2:42 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Electronic Ledger Reconciliation

Ok, let me know when you are ready

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Monday, February 7, 2022 10:07 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Electronic Ledger Reconciliation

Good morning Cathy , I am working this week on reconciling the ledgers for all accounts except the utility accounts since I know you do those and wanted to check in to see if you were comfortable with the electronic ledger reconciliation process. If you want me to go over it with you I am more than happy to, just let me know. Our goal is to be reconciling all our accounts electronically by the end of this fiscal year.

Thanks,
Amanda

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Monday, March 14, 2022 8:21 AM |
| **To:** | McClellan, Anthony |
| **Subject:** | RE: Utility Accounts |

Good morning,
The ledgers are in your box.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Friday, March 11, 2022 9:10 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Re: Utility Accounts

I'd like to see them.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



> On Mar 11, 2022, at 3:22 PM, Eppinger, Cathy <Cathy-Eppinger@utc.edu> wrote:
>
> Hi Anthony,
> Completed as stated. All ledgers (paper) printed and up to date.
>
> **From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
> **Sent:** Tuesday, March 8, 2022 5:28 PM
> **To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
> **Subject:** Re: Utility Accounts
>
> Hi Anthony, and I apologize for the delay.
> No, please do not expect E047207, and/or E047209 electronically. The Electricity E047206 was a trial/test training for self on upcoming new fiscal 2022-2023 yearly live Reconciliation electronically.
>
> My normal task is I check all utilities as I go and print the report usually at end of the month. I am behind on two months of print, due to COVID-related illness (out of the office). But should be caught up this week. However, all utilities signed by Tom are in my files (Books) are verified as paid with a stamp that reads paid.
>
> Thanks,
> Cathy

1

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Tuesday, March 8, 2022 3:39:09 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Utility Accounts

Good afternoon Cathy,

I'm looking at a request for Period 7 electronic reconciliation of the E047206 (Electricity) account in my IRIS inbox. There's only a couple of inputs, thus this appears. I have two questions:

1. Is the plan to process the E047207 (Water) and E047209 (Natural Gas) electronically? If so, when do you think I will this in IRIS?
2. Prior to doing this via IRIS, did we reconcile these accounts via paper? Assuming we did, where can I go to view that signed off documentation for prior months?

Thank you,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga


THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

2

## Eppinger, Cathy

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Monday, February 14, 2022 1:08 PM |
| **To:** | Eppinger, Cathy; Winesburgh, Amanda |
| **Cc:** | Ellis, Tom M |
| **Subject:** | RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry |

As I said, I'll look into this myself.
There is no need for anything further.

Thank you.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga


THE UNIVERSITY OF TENNESSEE
CHATTANOOGA



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 14, 2022 12:22 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>; Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of
Tennessee Chattanooga Check Inquiry

Good afternoon Anthony,
Amanda will be happy to assist you... for she was the one who talked with the vendor, accounting, and
Knoxville.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 14, 2022 12:08 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>; Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of
Tennessee Chattanooga Check Inquiry

Cathy – It's not unreasonable for me to ask questions about this. It's for a shop that I supervise and it involves business
that is within my area of responsibility. Perhaps you meant to say, "I'm really busy right now" or "I'll get back with you
later". But to be told essentially "read this copy and paste", and/or "It's resolved, I'm not discussing it" doesn't really
work for me. I'll look into it on my own.

Thanks for your time and have a great day.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

1


**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 14, 2022 11:43 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>; Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

**Good morning Anthony,**
**Please see my below copy/paste:**
**The issue is resolved.**

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Thursday, February 10, 2022 2:49 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Hello Cathy , I have the address we need to send this check to :

**Teresa Ford**
**Andy Holt Tower Bldg**
**Knoxville, TN 37996**

If you would like for me to mail this just let me know.

Thanks,
Amanda

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Thursday, February 10, 2022 10:14 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** Re: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

I've checked with accounting services and we will need to send this check to Knoxville since the credit is already on our account so they can apply it accordingly since we don't often use this vendor .

I'll find out the address and person we need to send it to and will get back with you shortly .

Thanks ,
Amanda

Get Outlook for iOS

2

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Wednesday, February 9, 2022 3:01:44 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Ok.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 14, 2022 11:32 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Perhaps she did, but that doesn't really tell me what happened.
Can you let me know what happened? Thanks.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

 THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 14, 2022 10:25 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Good morning Anthony,
Amanda took care of this one.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 14, 2022 9:44 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** FW: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Good morning Cathy – Can you let me know what happened here?
Looks like there was a credit memo & a refund check associated with this item.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

3



**From:** Sammons, Scott <scott-sammons@utc.edu>
**Sent:** Friday, February 11, 2022 9:37 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** FW: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Thursday, February 10, 2022 3:04 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Ok.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Thursday, February 10, 2022 2:49 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Hello Cathy , I have the address we need to send this check to :

Teresa Ford
Andy Holt Tower Bldg
Knoxville, TN 37996

If you would like for me to mail this just let me know.


Thanks,
Amanda

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Thursday, February 10, 2022 10:14 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** Re: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

4

I've checked with accounting services and we will need to send this check to Knoxville since the credit is already on our account so they can apply it accordingly since we don't often use this vendor.

I'll find out the address and person we need to send it to and will get back with you shortly.

Thanks,
Amanda

Get Outlook for iOS

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Wednesday, February 9, 2022 3:01:44 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

Ok.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Wednesday, February 9, 2022 2:59 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Sammons, Scott <scott-sammons@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Stephens, Linda Sue <linda-stephens@utc.edu>
**Subject:** RE: L & W Supply - FW: Trade Payables Request TRPY0056491 has been opened - [EXTERNAL] University of Tennessee Chattanooga Check Inquiry

This credit has already applied in IRIS to our account so if we were to deposit the check it would credit out account twice. I had thought that we were trying to see if this credit was possibly for a different invoice. If this check is for the same credit that has already applied to our account we may need to check with accounting services to see how they would like us to proceed in returning the check.

5

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Tuesday, December 21, 2021 7:29 AM |
| **To:** | Winesburgh, Amanda |
| **Subject:** | Reschedule our meeting |

Good morning,
If possible, I would like to reschedule our meeting in January due to short week notice.


Thanks,



Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu

 THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA



1

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Wednesday, December 15, 2021 2:36 PM |
| **To:** | Winesburgh, Amanda |
| **Subject:** | RE: |

Great, Tuesday is better for me, too.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Wednesday, December 15, 2021 1:47 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE:

I have a meeting from 2-3 Monday but can do it before or after that, or if Tuesday works better for you I am wide open.

Amanda

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Wednesday, December 15, 2021 1:45 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:**

How about 2-3 on Monday?

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu


THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

1

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Friday, March 18, 2022 9:00 AM |
| **To:** | McClellan, Anthony |
| **Cc:** | Ellis, Tom M |
| **Subject:** | FW: Chattanooga Gas - 7687298347 |
| **Attachments:** | Augcharges_$118.41.pdf; EmailNotifications_Acct#7687298347.pdf; Julycharges_$141.60.pdf; Novcharges_$210.50.pdf; Octcharges_$208.83.pdf; SeptCharges_$191.16.pdf |

Good morning Anthony,
In response to your Thursday, March 17, 2022 email (service disconnect at WCH). I spoke with Meghan Miller (contact CGAS) immediately after my conversation with technician Nathan(CGAS) and she stated that there will not be a disconnection (of course.. not ideal) and she advised to contact Lane Woodall, Director of CGAS.  I then email Mr. Woodall, and he is in the mist of researching the below information/attachments sent via email on November 10, 2021, regarding a possible billing issue. From my research, an outstanding bill is not visible, however, I am not perfect… but a challenge is key "research" had CGAS researched on November 10, 2021… then possibly, Nathan, the technician of CGAS would be an unknown individual to the Facilities team, as well as, WCH.

**From:** Eppinger, Cathy
**Sent:** Wednesday, March 16, 2022 11:19 AM
**To:** Woodall, Lane H. <LHWOODAL@southernco.com>
**Cc:** Miller, Meghan Breeze <MEGMILLE@SOUTHERNCO.COM>
**Subject:** RE: Chattanooga Gas – 7687298347

Hi Lane,
Awesome, and thank you.

**From:** Woodall, Lane H. <LHWOODAL@southernco.com>
**Sent:** Wednesday, March 16, 2022 11:17 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Miller, Meghan Breeze <MEGMILLE@SOUTHERNCO.COM>
**Subject:** RE: Chattanooga Gas – 7687298347

Hi Cathy,

I am checking on this and will get back with you.

Thanks,

**Lane Woodall**
Manager
Major Accounts

706.552.2879  mobile
lhwoodal@southernco.com

*Pls Note… I had Already Notified Tom Verbally, When Anthony questioned*

*Cathy*






**From:** Eppinger, Cathy <<u>cathy-eppinger@utc.edu</u>>
**Sent:** Wednesday, March 16, 2022 11:14 AM
**To:** Woodall, Lane H. <<u>LHWOODAL@southernco.com</u>>
**Cc:** Miller, Meghan Breeze <<u>MEGMILLE@SOUTHERNCO.COM</u>>
**Subject:** FW: Chattanooga Gas - 7687298347
**Importance:** High

<u>EXTERNAL MAIL: Caution Opening Links or Files</u>

---

Good morning Lane,
Today, we received notification of service disconnection at 515 Vine Street via phone from Chattanooga Gas technician Nathan (423-582-9695). On November 10, 2021, we sent the attached bills with below explanation as to why, we believe this account appears to have a previous account balance. Please follow-up and advise after your review.

**From:** Eppinger, Cathy
**Sent:** Wednesday, November 10, 2021 1:37 PM
**To:** <u>MEGMILLE@SOUTHERNCO.COM</u>
**Cc:** <u>pleath@southernco.com</u>; <u>mmwisz@southernco.com</u>; Ellis, Tom M <<u>tom-ellis@utc.edu</u>>; McClellan, Anthony <<u>anthony-mcclellan@utc.edu</u>>
**Subject:** FW: Chattanooga Gas
**Importance:** High

Hi Meghan,
We hope this will resolve the issue on account #7687298347. Our records indicate that July/Aug "2019" bills were in good standing. September bill indicates that $353.04 was misapplied which results a credit error for October "2019" bill. At best our research indicate that November "2019" charges for October 31, 2021-December 1, 2021 in the amount of $210.50 was not applied to the account. Check #12403977 was cashed by Chattanooga gas on December 18, 2019.

We have attached bills for your review.

**From:** Eppinger, Cathy
**Sent:** Wednesday, November 10, 2021 8:38 AM
**To:** <u>MEGMILLE@SOUTHERNCO.COM</u>
**Subject:** FW: Chattanooga Gas
**Importance:** High

Good morning,
If possible, please send all missing bills via email that reflects the past due balance on account #7687298347.

**From:** Eppinger, Cathy
**Sent:** Tuesday, November 9, 2021 11:02 AM
**To:** <u>MEGMILLE@SOUTHERNCO.COM</u>

**Cc:** Paul Leath ([pleath@southernco.com](mailto:pleath@southernco.com)) <[pleath@southernco.com](mailto:pleath@southernco.com)>; Michelle Wisz ([mmwisz@southernco.com](mailto:mmwisz@southernco.com)) <[mmwisz@southernco.com](mailto:mmwisz@southernco.com)>
**Subject:** FW: Chattanooga Gas
**Importance:** High

Hi Meghan,
FYI, please see below.

We are researching and will follow-up asap, but please note, we are state entity and accounts should not be disconnected. Please also note in the past, payments have been posted to the incorrect account on Chattanooga Gas behalf, and appears to be non-payment on UTC end in which, we have attempted numerous times to resolve and results were unsuccessful.

**From:** Greg S. Jones <[Greg.S.Jones@tn.gov](mailto:Greg.S.Jones@tn.gov)>
**Sent:** Tuesday, November 9, 2021 10:17 AM
**To:** Eppinger, Cathy <[cathy-eppinger@utc.edu](mailto:cathy-eppinger@utc.edu)>
**Subject:** FW: Chattanooga Gas

You don't often get email from greg.s.jones@tn.gov. Learn why this is important [aka.ms]

FYI - We received the notification below about one of the UTC accounts with a past due balance. Feel free to forward to the appropriate contact at UTC.

Thanks,
Greg

**From:** Bryant, Susan E. <[skight@southernco.com](mailto:skight@southernco.com)>
**Sent:** Thursday, November 4, 2021 7:55 AM
**To:** TDEC SFUM <[TDEC.SFUM@tn.gov](mailto:TDEC.SFUM@tn.gov)>
**Subject:** [EXTERNAL] Chattanooga Gas

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Good Morning,

You are receiving this email because the CGC account number 7687298347 for University of Tennessee has a past due balance of 414.31 and is out for disconnection of service. Please call our Customer Service number at 1-866-643-4168 to make a payment or request a payment arrangement.

Thank you!

Credit & Collections





Southern Company

3

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Friday, November 12, 2021 7:28 AM |
| **To:** | McClellan, Anthony |
| **Subject:** | RE: TeamDynamix Service Request Comment Added (FW: Question - Facility Pla...) |

Good morning,
Please test ...for it is an awesome tool to use and this calendar tool is used UTC wide. We will unblock Tuesday and Thursday. Once you try it you will see how great it is. The goal is to schedule appointments individually without assistance. To create something different to get identical results is time wasted and unnecessary.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Thursday, November 11, 2021 5:28 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: TeamDynamix Service Request Comment Added (FW: Question - Facility Pla...)

Thanks for forwarding this.

I sort of assumed we'd use Outlook or something similar since it links directly to our email/calendar. I'm not against this as a suggestion, I'm just unfamiliar with it. I'm aware EMS used as a campus tool to manage centrally scheduled classrooms. But I'm not aware of departments using this things like their suite meeting rooms.

I definitely don't want this calendar/room to be viewable/requestable by anyone and everyone in the University. And although you'll be the primary point of contact (or the primary behind the scenes person) we must consider this as a system of requesting vs. reliance on a single person. Therefore, I'm against the desktop client version of this for that very reason. We need to get out of the business of having to dole out information and into the practice of allowing folks to see what's available and reserve it themselves.

Let me know if you've used EMS before and have familiarity with it. And I'd like to test drive it to see how it works. If this is the suggested method, I think Tom is going to take come convincing.

Also, the Tuesday/Thursday block is no more. Design/Engineering/Construction Services will only be reser
actual confirmed meetings. Other timeslots are to be available to anyone else that needs that room.

Thanks for working on this

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga


THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Thursday, November 11, 2021 12:03 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** FW: TeamDynamix Service Request Comment Added (FW: Question - Facility Pla...)

Changes in policy.... it is Team Dynamix that does it all.

1

See policy.

**From:** Donald Behneman <notify@teamdynamixapp.com>
**Sent:** Wednesday, November 10, 2021 4:35 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** TeamDynamix Service Request Comment Added (FW: Question - Facility Pla...)

## Comment

Donald Behneman commented on this service request on Wed 11/10/21 4:34 PM Eastern Standard Time.

Hello Cathy,
The room has been built in EMS and we have created a reservation template for the space. When building

Next steps: We have assigned the reservation template just to your account (it is not live to the UTC comm
Reservation" and towards the bottom there will be a "Administrative Services Conference Rooms" templat
another system. We wanted to provide you an opportunity to sync up the calendars to avoid double book

Please note that whoever you put on as a "First Contact" will receive an automatic confirmation that the sp
the first contact, and the second contact).

Once you feel as though the calendar is synced, we can publish the request form for the UTC Community.
oversight of the room.

Here is a custom link directly to the room's calendar:
http://reservations.utc.edu/EmsWebApp/CustomBrowseEvents.aspx?data=bzOgfXXowTWCt2xfSECv8nWtd

## Service Request Details

**Acct/Dept**
Administration-Physical Plant

**ID**
18374622

**Type**
Web Applications

**Title**
FW: Question - Facility Planning and Management - Calendar

**Description**

Good morning IT Help,
Requesting authorization to add a calendar (utilize conference room) to Facilities Planning and Managem

From: Webb, Barbara <Barbara-Webb@utc.edu>
Sent: Wednesday, October 27, 2021 3:47 PM
To: Eppinger, Cathy <cathy-eppinger@utc.edu>
Cc: Lazenby, Susan <susan-lazenby@utc.edu>
Subject: Re: Question - Facility Planning and Management - Calendar

Hello Cathy,

Please contact the Help Desk at ext. 4000 and they will put in a request and get it to the web team.

Have a good afternoon,
Barbara

On Oct 27, 2021, at 3:21 PM, Eppinger, Cathy <cathy-eppinger@utc.edu<mailto:cathy-eppinger@utc.edu

<image001.gif>
Hi Barbara,
We would like to add a planning calendar (for our conference room) to our Facilities website, and back in 2
contact person for authorization to add a calendar to Facilities Planning and Management website?

Thanks,


Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu<mailto:Cathy-Eppinger@utc.edu>

<https://www.google.com/url?sa=i&rct=j&q=&esrc=s&source=images&cd=&ved=2ahUKEwi-oryiwN_jAl
light-15%2F&psig=AOvVaw1TlWq7gaCHno1aBhlhOl72&ust=1564674325027619>
<image002.jpg><https://www.google.com/url?sa=i&rct=j&q=&esrc=s&source=images&cd=&ved=2ahU
rectangle-on-light-15%2F&psig=AOvVaw1TlWq7gaCHno1aBhlhOl72&ust=1564674325027619>

**Created By**
ITHelp Monitor

**Date Created**
Thu 10/28/21 7:18 AM Eastern Daylight Time

3

**Requestor**

Cathy Eppinger

**Status**

In Process

To comment on this item, reply to this email.

----TEAMDYNAMIX DO NOT ALTER OR REMOVE THIS CODE----

1tMH77VyrB08ewD4mhYzSMCrR75acSaje5fpj04Hp03kRtyqNm+tPc8mkPdxj6McgrInoKmX//KSrRpLO4DaVHzQfS1fW
u5QoYtIPy3hjCZDw+Tv9lOpd1/L4jtGlWyCV8qlbTzAH1cfmU1roj8eOjCA+xO/08aPtS0RbDxi4bl1xLQPH6myIdrN+7BEK
aUmRxi4Suxdzkn1PoM3KZXWuzs9jb1o4reYRQAe58HBHuasw6aGnH7Hco03mAU9XqklV6ZYu/lldo0Eb3gVRZW7K9jX
7TcUI+bWapv99713YD2dHVfrCqcy0f/d/L0CUETQp+jLVLROBEo9F5eMeY0POIhC5jpIH2CzZ9cRbNisyXg=

----TEAMDYNAMIX DO NOT ALTER OR REMOVE THIS CODE----

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Thursday, November 11, 2021 9:05 AM |
| **To:** | McClellan, Anthony |
| **Subject:** | RE: Conference room calendar - complete |

Hi Anthony,
Never mind it's simple.

**From:** Eppinger, Cathy
**Sent:** Thursday, November 11, 2021 8:18 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** Conference room calendar - complete

Good morning,
Would you like for me to send this information/steps the facilities team?

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu


THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

1

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Tuesday, March 1, 2022 3:38 PM |
| **To:** | Eppinger, Cathy |
| **Cc:** | Ellis, Tom M |
| **Subject:** | RE: Conference Room Reservation Tool |

This item is completed.
It took me less than 15 minutes.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, March 1, 2022 7:15 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

Good morning Anthony,
Apologies, will Friday March 4, 2022 be a good day to complete the calendar?

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 28, 2022 4:20 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

That is a poor choice.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 28, 2022 4:02 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

Yes.

1

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 28, 2022 10:45 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

This is a simple item that would take me less an hour of less to complete myself. Are you suggesting this is incomplete because I didn't set an explicit deadline?

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 28, 2022 10:33 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

Hi Anthony,
What is your time line for our calendar, time was not provided to when it should be done? I have requested an extension for Travel card and waiting on a response.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 28, 2022 10:29 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

Cathy – If there's something you don't understand how to do, or need help with, or just don't have the bandwidth for presently please let me know.

Just like the issue with the Travel Card. I can't help if I don't know about it. The T Card been incomplete and outstanding since June 2021. But because you reached out, and I'm aware of it and was able to get an extension.

Maybe this is an error on my part, but when I don't hear back I assume things are okay. However, objectively, the pattern I've noticed for some time is one of very little to no communication coming back to me.

Thanks again,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 28, 2022 10:18 AM

2

**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

Good morning Anthony,
No the below item has not been completed.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 28, 2022 10:14 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

Can you let me know if this item is complete?
Thanks,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Wednesday, February 9, 2022 8:26 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** RE: Conference Room Reservation Tool

ok

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Tuesday, February 8, 2022 3:57 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Conference Room Reservation Tool

Cathy – I hope you're having a good day. I know that we had somewhat briefly discussed using the campuses EMS tool for scheduling our Administrative conference rooms. You may already know this but the campus' person who worked with this function is moving away from having this as a portion of their ongoing responsibilities. Separately, there are discussions about certain aspects of Space Management changing hands.

We can discuss this further if needed. However, the best path forward – in my opinion – is to create an Outlook calendar and use that for scheduling our conference room. EMS is a great tool. However, after reviewing it as an option;
- It's not as user friendly as I hoped,
- It uses a separate password protected web-interface,
- It's really designed to be a centralized scheduling tool instead of an internal notification outlet,
- Our conference room in the Admin building is not a public facing space.
- Outlook appears to be better tool for us internally since we all already keep our calendar on Outlook and already send/receive meeting requests via Outlook

Please let me know once it's created. Then we can discuss who to give access to it. Also please **do not** block off Tuesday's and Thursday's as has been done in the past. Construction projects will continue to get priority. This is not changing. Also Danny & the project managers lead more project meetings than probably everyone else.

3

However, going forward, meeting reservations should reflect actual meeting times. This has been discussed with Danny and we are on the same page. Thanks for working on this. Let me know if you need anything.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



4

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Friday, March 11, 2022 9:10 PM |
| **To:** | Eppinger, Cathy |
| **Subject:** | Re: Utility Accounts |

I'd like to see them.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



> On Mar 11, 2022, at 3:22 PM, Eppinger, Cathy <Cathy-Eppinger@utc.edu> wrote:
>
> Hi Anthony,
> Completed as stated. All ledgers (paper) printed and up to date.
>
> **From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
> **Sent:** Tuesday, March 8, 2022 5:28 PM
> **To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
> **Subject:** Re: Utility Accounts
>
> Hi Anthony, and I apologize for the delay.
> No, please do not expect E047207, and/or E047209 electronically. The Electricity E047206 was a
> trial/test training for self on upcoming new fiscal 2022-2023 yearly live Reconciliation electronically.
>
> My normal task is I check all utilities as I go and print the report usually at end of the mon
> am behind on two months of print, due to COVID-related illness (out of the office). But sh
> be caught up this week. However, all utilities signed by Tom are in my files (Books) are ve
> as paid with a stamp that reads paid.
>
> Thanks,
> Cathy
>
> 
>
> Sent from my T-Mobile 5G Device
> Get Outlook for Android
> _____
> **From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
> **Sent:** Tuesday, March 8, 2022 3:39:09 PM
> **To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
> **Subject:** Utility Accounts

1

Good afternoon Cathy,

I'm looking at a request for Period 7 electronic reconciliation of the E047206 (Electricity) account in my IRIS inbox. There's only a couple of inputs, thus this appears. I have two questions:

1. Is the plan to process the E047207 (Water) and E047209 (Natural Gas) electronically? If so, when do you think I will this in IRIS?
2. Prior to doing this via IRIS, did we reconcile these accounts via paper? Assuming we did, where can I go to view that signed off documentation for prior months?

Thank you,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga


THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

Case 1:21-cv-00268-KAC-CHS   Document 38-1   Filed 07/07/22   Page 55 of 160   PageID #: 483

# Eppinger, Cathy

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Thursday, March 17, 2022 9:15 AM |
| **To:** | McClellan, Anthony |
| **Cc:** | Ellis, Tom M |
| **Subject:** | RE: Utility Accounts |

The approval usually reviews and sign. Possibly, Tom trust that I am always on top of the job task/duties. 

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Thursday, March 17, 2022 8:26 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Utility Accounts

Good deal. However, looking thru this it doesn't appear that he's approved it as such. Is there somewhere else I should look?

I just want to make sure we're completing the accounting reconciliation as is required.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, March 15, 2022 9:16 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: Utility Accounts

No, reconciler only, Tom is the approval.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, March 14, 2022 5:32 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Utility Accounts

Yes. I see the hard copy of the IRIS ledgers that have been initialed and dated. It looks like this has been done periodically throughout the vs. a regular interval as required by policy.

Are you serving as both the account reconciler and the approver of the reconciliation, or is someone else currently performing either of those functions?

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

1



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, March 14, 2022 3:39 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** RE: Utility Accounts

Hi Anthony,
Print ledger for that period. Then make sure the scanned image/amount (IRIS) matches each document number/amount then red check each document number, initial and date.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, March 14, 2022 10:50 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Utility Accounts

Thanks Cathy – I've reviewed this binder. As you've stated, it appears to be a printed off version of ledgers from the various utility accounts. It also contains paperwork for the annual transfer. If Period 7's E047206 was the first electronic reconciliation, how have we reconciled these accounts in the past?

Maybe a better question is have we reconciled our utility accounts in the past?

Thanks for all of your work.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, March 14, 2022 8:21 AM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** RE: Utility Accounts

Good morning,
The ledgers are in your box.

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Friday, March 11, 2022 9:10 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Re: Utility Accounts

I'd like to see them.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

2

On Mar 11, 2022, at 3:22 PM, Eppinger, Cathy <Cathy-Eppinger@utc.edu> wrote:

Hi Anthony,
Completed as stated. All ledgers (paper) printed and up to date.

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, March 8, 2022 5:28 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** Re: Utility Accounts

Hi Anthony, and I apologize for the delay.
No, please do not expect E047207, and/or E047209 electronically. The Electricity E047206 was a trial/test training for self on upcoming new fiscal 2022-2023 yearly live Reconciliation electronically.

My normal task is I check all utilities as I go and print the report usually at end of the month. I am behind on two months of print, due to COVID-related illness (out of the office). But should be caught up this week. However, all utilities signed by Tom are in my files (Books) are verified as paid with a stamp that reads paid.

Thanks,
Cathy

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Tuesday, March 8, 2022 3:39:09 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Utility Accounts

Good afternoon Cathy,

I'm looking at a request for Period 7 electronic reconciliation of the E047206 (Electricity) account in my IRIS inbox. There's only a couple of inputs, thus this appears. I have two questions:
1. Is the plan to process the E047207 (Water) and E047209 (Natural Gas) electronically? If so, when do you think I will this in IRIS?
2. Prior to doing this via IRIS, did we reconcile these accounts via paper? Assuming we did, where can I go to view that signed off documentation for prior months?

Thank you,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

3

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Monday, March 14, 2022 3:08 PM |
| **To:** | McClellan, Anthony |
| **Cc:** | Ellis, Tom M |
| **Subject:** | RE: P Card |

Thank you.
Question. Your February time do not indicate any time off for February 2022 is this error?

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, March 14, 2022 3:00 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

It's a good idea to read FIO530. That's the policy you'll be looking for.

The short story is you apply thru Concur and must complete the P Card training in K@TE. Once that's complete, the request will come to the department head. Once approved in the system, the card will be issued. That part should take less than 30 days.

As an FYI cards are automatically renewed, but the card holder has to complete the K@TE training for that renewal to be triggered.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, March 14, 2022 2:22 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

I will read the policy and get back with you, ok?

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, March 14, 2022 1:25 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

You don't know how to request a P Card?

Anthony McClellan



1

Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

 THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, March 14, 2022 12:05 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

Hi Anthony,
No. I have not, please enlighten me on the requirements to start the application?

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, March 14, 2022 11:46 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

Good morning Cathy – Just following up on this. Can you let me know if you've initiated your P Card application?
Thanks,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

 THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

**From:** McClellan, Anthony
**Sent:** Monday, February 21, 2022 2:44 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

Thanks Cathy. I appreciate it.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga

 THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 21, 2022 2:43 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

Not yet, but I will make it happen and follow-up.

2

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 21, 2022 2:36 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

Have you had a chance to apply for this?

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Monday, February 21, 2022 2:21 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** RE: P Card

Ok, thank you so much!

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Monday, February 21, 2022 1:49 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Cc:** Ellis, Tom M <tom-ellis@utc.edu>
**Subject:** P Card

Good afternoon Cathy – As you're aware, part of your listed job responsibilities includes being the departmental P Card holder.  Please let me know if you've applied for to receive that P Card.
Thanks,

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



3



Our Records Indicates that #Invoices was put In Mcclellan Box on April 26, 2022. Payroll Record indicate that Macllellan was in the offices on 26th + 27th. Therefore, #If Invoices are "Late" it is due to Late approval.



ents.

4749

)F
E
Ā



Invoice - United Rental

Eppinger, Cathy
To: UTC, Accounting Services

UnitedRental_203712280-001.pdf
445 KB

Accounting Services,
Per your request, please see attach...

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-
Cathy-Eppinger@utc.edu

THE UNIVERSITY
TENNESSEE
CHATTANOOG



Invoice - United Rental

Eppinger, Cathy
To UTC Accounting Services

UnitedRental_203712280-001.pd
445 KB

Accounting Services,
Per your request, please see attach

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-
Cathy-Eppinger@utc.edu

THE UNIVERSITY
TENNESSEE
CHATTANOOG

| | |
|---|---|
| **From:** | UTC Campus Information <UTCINFO@RAVEN.UTC.EDU> on behalf of Pou, Laure |
| **Sent:** | Tuesday, March 22, 2022 9:36 AM |
| **To:** | UTCINFO@RAVEN.UTC.EDU |
| **Subject:** | [UTCINFO] Reminder: Staff annual performance reviews are due March 31 |



THE UNIVERSITY OF TENNESSEE
CHATTANOOGA
**Human Resources**

Campus Colleagues,

The annual staff performance review season is upon us! Annual performance reviews are a key component of employee development, and we ask that supervisors ensure all eligible staff employees receive a performance review for the 2021 review period.

**Performance Management Development Curriculum**

Human Resources is excited to announce the **2021-2022 *UTC Performance Management Curriculum*** available online in K@TE. This new curriculum includes a series of modules targeting the 3-phases of the performance management cycle and may be completed at your own convenience and pace. The content is digestible, easily accessible, and packed with helpful resources. Total duration of all modules is less than 60 minutes.

The Chancellor's Executive Leadership Team (ELT) strongly encourages all supervisors responsible for staff performance evaluations to complete the online curriculum no later than March 15. We also request campus administrators assist in ensuring the new curriculum is completed by all new supervisors and supervisors with performance management identified as an area of development within your respective units.

**Inclusion, Diversity and Engagement**

The University embraces diversity and inclusion, and all employees are expected to uphold the University's Mission, Vision, and Values in performing all job functions and responsibilities. As a reminder, the 2021 review period includes the new Inclusion, Diversity, and Engagement (IDE) as a key performance element, replacing the Adaptability and Flexibility key element on the staff Performance Review Summary.

Opportunities to join discussions regarding performance management best practices and the new inclusion, diversity and engagement performance element with members of the Office of Human Resources and the Division of Diversity and Engagement will be coming soon!

The staff performance review process has not changed since last year, but below are some important reminders regarding the review process and UT System Policy HR0129 - Performance Reviews for Regular Staff Employees:

1

- **Review Period** - Staff employees will be evaluated based on the calendar year (January 1 through December 31, 2021).
- **Performance Review Forms and Deadlines** – The only form required for submission to Human Resources is the <u>Performance Review Summary</u>, which should be submitted to the Office of Human Resources **by March 31, 2022.** You will notice that some changes have been made to the Performance Review Summary to streamline use and better align with our campus practices.
  Please refer to the UTC <u>Staff Annual Performance Review</u> webpage for an overview of the performance review process, as well as a variety of supplemental forms that can be utilized to enhance performance management efforts.
- **Administrative Review to Ensure Consistency and Accuracy** – As outlined in <u>HR0129</u>, it is strongly recommended that supervisors review and discuss staff performance evaluations with their immediate supervisor prior to scheduling the performance review meeting with the staff member.
- **Required Signatures** – Staff performance reviews require the signatures of the employee, the employee's supervisor, and next level of administration. <u>Unless otherwise approved, performance review forms will not be accepted by HR until all three required signatures are included.</u>
- **Methods for Submitting Performance Reviews** - It is preferred that performance reviews be submitted electronically to <u>UTCHumanResources@utc.edu</u>, but hard copies may be delivered to the Office of Human Resources, Dept. 3603, at 720 McCallie Avenue.

**Performance Review Questions?**

Questions regarding performance management and completion of annual staff performance reviews may be directed to Julie Brown, Director of Employee Relations, at 425-4638 or <u>Julie-g-Brown@utc.edu</u>.



**Results**     By Date ⌄   ↑

ⓘ   Recover items recently removed from this folder

**Betty Zivkov**
RE: Invoice - 791666A- late fee    4/19/2022
Ok that will be great !! Have a

**Betty Zivkov**    📎
RE: Invoice - 791666A- late fee    4/19/2022
I hope this will be ok.

**Betty Zivkov**
RE: Invoice - 791666 - late fee    4/19/2022
It will be typed

**Betty Zivkov**
RE: Invoice - 791666 - late fee    4/19/2022
All I can do is for example

**Betty Zivkov**
RE: 041012,039843    2/18/2022
Not a problem. Have a great

**Betty Zivkov**
RE: 041012,039843    2/18/2022
Invoices 788696, 788797 and

**Betty Zivkov**
RE: 041012,039843    2/11/2022
Thank You , have a great week-

**Betty Zivkov**
RE: 041012,039843    2/11/2022
On the invoices right below the

**Favorites**
Inbox    4
**Deleted Items**
Sent Items
Drafts

⌄ cathy-eppinger@utc.edu
Inbox    4
Drafts
Sent Items
Deleted Items
Archive
Conversation History
Junk Email    [289]
Migrated Teams Chat
News Feed
Outbox
Quick Step Settings
RSS Feeds
RSS Subscriptions
Spambox
Search Folders

Groups

RE: Invoice - 791666A- late fee

BZ   **Betty Zivkov** <Betty.Zivkov@...
    To   Eppinger, Cathy

Retention Policy   DeletedItems-NeverDelete (Ne...

📄 **Invoice 791666.pdf**
    228 KB

I hope this will be ok .

**From:** Eppinger, Cathy <cathy-eppinger@u...
**Sent:** Tuesday, April 19, 2022 8:58 AM
**To:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Subject:** [EXTERNAL] RE: Invoice - 791666 -

Awesome! Thank you, please send via
fees.

**From:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Sent:** Tuesday, April 19, 2022 9:50 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.
**Subject:** RE: Invoice - 791666 - late fee

It will be typed

**From:** Eppinger, Cathy <cathy-eppinger@u...
**Sent:** Tuesday, April 19, 2022 6:54 AM
**To:** Betty Zivkov <Betty.Zivkov@tn.gov>



This is Request to Vendor

See Full Conversation Next

Page ⟶



.gov>

Expires  Never

c.edu>

ate fee

nail for speedy processing and please accept our apologies. We have plans to do much better with our late

:du>

:.edu>

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Monday, February 21, 2022 9:33 AM |
| **To:** | Hodge, Donnie |
| **Subject:** | FW: Invoices - State of TN |

Hi Donnie,
Please check you desk to see if you have the below invoices.

**From:** Chesnutt, Joey <joey-chesnutt@utc.edu>
**Sent:** Monday, February 21, 2022 9:20 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Invoices - State of TN

I have not seen these come through Cathy.

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Friday, February 18, 2022 12:34 PM
**To:** Chesnutt, Joey <joey-chesnutt@utc.edu>
**Cc:** Hodge, Donnie <Donnie-Hodge@utc.edu>
**Subject:** Invoices - State of TN

Hi Joey,
Please check to see if you have the following invoices all are late fees with an 01(red ink) added at 
each invoice:
788773-01 - $30.00
788797-01 - $30.00
788696-01 - $270.00

Thanks,


Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu


THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

1

**Eppinger, Cathy**

791666A

| | |
|---|---|
| **From:** | Betty Zivkov <Betty.Zivkov@tn.gov> |
| **Sent:** | Tuesday, April 19, 2022 10:42 AM |
| **To:** | Eppinger, Cathy |
| **Subject:** | RE: Invoice - 791666A- late fee |

Ok that will be great !! Have a great day !

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, April 19, 2022 9:25 AM
**To:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Subject:** [EXTERNAL] RE: Invoice - 791666A- late fee

Thank you, we will process as soon as possible.

**From:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Sent:** Tuesday, April 19, 2022 10:17 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Invoice - 791666A- late fee

I hope this will be ok .

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, April 19, 2022 8:58 AM
**To:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Subject:** [EXTERNAL] RE: Invoice - 791666 - late fee

Awesome! Thank you, please send via email for speedy processing and please accept our apologies. We have plans to do much better with our late fees.

**From:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Sent:** Tuesday, April 19, 2022 9:50 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Invoice - 791666 - late fee

It will be typed

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, April 19, 2022 6:54 AM
**To:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Subject:** [EXTERNAL] FW: Invoice - 791666 - late fee
**Importance:** High

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

1

Hi Betty,

If possible, please send a late fee invoice via email for the below amount of $137.50. Please note that we can not use invoice #791666 is has been utilized in our system.

**From:** Eppinger, Cathy
**Sent:** Friday, April 8, 2022 3:06 PM
**To:** Betty Zivkov <Betty.Zivkov@tn.gov>
**Subject:** Invoice - 791666 - late fee
**Importance:** High

Hi Betty,

We can no longer process late fees separate from the original invoice with identical invoice number. If possible, please send a new invoice number for late fee of $137.50 via email for speedy processing. Please also note this account that we will process the late fee as soon as possible. Additionally, please accept our apologies for the delay in invoice/late fee on invoice #791666. In the future, we will process/research late fee at the time of current invoicing.

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu



THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

2



Sent to Accounting



ts.

9



Case 1:23-cv-00263-DCLC-CHS  Document 38-1  Filed 07/27/23  Page 75 of 160  PageID #: 963



Wed 3/2/2022 12:06 PM

↰ Reply   ↰ Reply All   → Forward   ⋯

StateofTN_793451.pdf
263 KB

teofTN_788797-01.pdf
) KB

| | |
|---|---|
| **From:** | UTC Campus Information <UTCINFO@RAVEN.UTC.EDU> on behalf of Pou, Laure |
| **Sent:** | Thursday, February 4, 2021 12:17 PM |
| **To:** | UTCINFO@RAVEN.UTC.EDU |
| **Subject:** | [UTCINFO] Reminder: Deadline for Staff Performance Evaluations is March 31 |



Campus Colleagues,

This is a friendly reminder that the deadline for submitting completed performance reviews to Human Resources for regular staff employees is **March 31**.

**Overview of Policy and Process**

The staff performance review process has not changed since last year, but there are some important reminders regarding the review process that are outlined below.

- **Review Period** - Staff employees will be evaluated based on the calendar year (January through December).
- **Performance Review Process and Forms** - Please refer to the UTC <u>Staff Annual Performance Review</u> webpage for a description of the performance review process, as well as a variety of supplemental forms that can be utilized to enhance performance management efforts. The only form required for submission to Human Resources is the <u>Performance Review Summary Form</u>.
- **Required Signatures** – Staff performance reviews require the signatures of the employee, the employee's supervisor and next level of administration to ensure consistency and fairness. <u>Performance review forms will not be accepted by HR until all three required signatures are included unless otherwise approved.</u>

Please review UT HR Policy <u>HR0129 - Performance Reviews for Regular Staff Employees</u> for additional information regarding performance ratings, required performance improvement plans and ineligibility for across-the-board increases.

**Methods for Submitting Performance Reviews**

It is preferred for performance reviews to be submitted electronically to <u>Personnel@utc.edu</u>, but hard copies may be delivered to the Office of Human Resources, Dept. 3603, at 720 McCallie Avenue.

**Inclusion, Diversity and Engagement**

1

# The University of Tennessee at Chattanooga
## Staff Performance and Development Review
### *Performance Review Summary*

| Employee Name: | Cathy Eppinger | Review Period: From | 1/01/2021 | to | 12/31/2021 |
|---|---|---|---|---|---|
| Employee Personnel #: | 309929 | Position Title: | Administrative Specialist III | | |
| Department: | Facilities Planning and Management | Supervisor Personnel #: | 392575 | | |

*Supervisors should review the staff member's Performance Report and Development Proposal and/or Self-Evaluation prior to completing this part of the evaluation, which is to be used to inform and guide discussion in the face-to-face Performance Review Meeting. Please attach any other forms or documents used in the performance review process and submit all documents to Human Resources for retention in the permanent personnel file.*

## Key Performance Elements:

1. **Accomplishments** - the extent to which the employee meets expectations in performing the job functions of his/her position as defined in the Position Description Questionnaire (PDQ).

   5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)

   4 ☐ Fully Achieves and Occasionally Exceeds Expectations

   3 ☑ Fully Achieves Expectations

   2 ☐ Sometimes Achieves Expectations

   1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

   > **Examples & Comments:**
   > Cathy's job is a demanding one. On any given day she is involved in a set of business related tasks (processing monthly & biweekly payroll, processing non-project invoices, and tracking/managing utilities accounts) that are critical to the department and the University. I believe her intent is to performs the functions of the job as she understands them. However, she's doesn't seem to have an ability/willingness to process and adjust to feedback related to that understanding. Moving into 2022, there are a couple of areas where we will have to transition into performing the job the way it's outlined in the PDQ. Two brief examples: Cathy will need to obtain her P Card, and begin reconciling accounts electronically.

2. **Service & Relationships** - the extent to which the employee's behaviors are directed toward fostering positive working relationships in a diverse workplace, respect for one's fellow workers, and cooperation with students, customers, and visitors.

   5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)

   4 ☐ Fully Achieves and Occasionally Exceeds Expectations

   3 ☐ Fully Achieves Expectations

   2 ☑ Sometimes Achieves Expectations

   1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

   > **Examples & Comments:**
   > I'm going to address my comments towards the period after mid-April 2021. This is because I'd like the focus to be on improvement, and because the Jan. – Apr. timeframe had a set of interactions and related documentation that culminated in Cathy being issued a final written warning on April 16th. See attached comments for further detail.

3. **Accountability & Dependability** - the extent to which the employee contributes to the effectiveness of the department and the overall mission of the University. (NOTE: Time off approved under FMLA may not be considered)

5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☑ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
I believe that Cathy is a hard worker that places a priority on being accountable & dependable. The position requires, and she is able to process items in a timely manner.

4. **Inclusion, Diversity & Engagement** - Evaluate the extent to which the employee treats others with fairness, dignity and respect, fosters inclusion, values individual and group differences, makes efforts to enhance inclusion, diversity, and engagement, and contributes to departmental and organizational unit diversity strategic goals.

5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☑ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
I think Cathy she sees herself as someone who embraces fairness and fosters inclusion. There are times when I would agree that Cathy has met those expectations. Not to rehash previous shortcomings; However, the set of occurrences that led to her April 2021 Final Written Warning included several items that dealt with a failure to treat others with dignity and respect. I am hopeful that these types of behaviors/interactions is something will cease to be an issue in the future.

**Performance Review Summary revised October 2021**

**5. Decision Making & Problem Solving** – the extent to which the employee makes sound and logical job-related decisions that are in the best interest of the University.

- 5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)
- 4 ☐ Fully Achieves and Occasionally Exceeds Expectations
- 3 ☑ Fully Achieves Expectations
- 2 ☐ Sometimes Achieves Expectations
- 1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
On the items where she understands process, what it expected, and departmental approach/precedent - Cathy will process those in the desired/prescribed way. If there are questions, my hope is that she will work closely with the person(s) who can best bring the desired resolution.

**TOTAL POINTS:** ___13___

| Rating | | Total Points |
|---|---|---|
| **Consistently Exceeds Expectations** | = | 23 - 25 |
| **Fully Achieves and Occasionally Exceeds Expectations** | = | 19 - 22 |
| **Fully Achieves Expectations** | = | 15 - 18 |
| **Sometimes Achieves Expectations** | = | 10 - 14 |
| **Unsatisfactory/Not Eligible for Across the Board** | | |
| **Increase (Performance Improvement Plan Required)** | = | 9 or less |

**Final PR Rating:** ___13___

## Summary Checklist

1. Goals and Objectives have been developed and discussed with employee?    Yes ☑  No ☐
   *Refer to optional Goals and Objectives form*

2. Job Duties and Performance Expectations have been discussed with    Yes ☑  No ☐
   employee?

3. Appropriate corrective action has been discussed with employee?    Yes ☑  No ☐  NA ☐

**Comments:** *(additional attachments may be included if space is insufficient)*

*Supervisor comments:*

See attached.

*Staff member* *(employee may provide additional comments to be retained with this document in personnel file):*

*Disagree*

*CE*

NOTE: If staff member does not agree with the content of the review, staff member may indicate the points of disagreement in the Comments section above.

By signing below, I acknowledge that I have participated in the review process and received a copy of the review.

| | |
|---|---|
| _[signature]_ | 05/12/2022 |
| **Supervisor (required)** | **Date** |
| _[signature]_ | 5/12/2 |
| **Administrative Review Signature (required)** | **Date** |
| (to be reviewed before employee signature) | |
| | |
| **Staff Member  (required)** | **Date** |

*Please email the Performance Review Summary to the Office of Human Resources for review and retention in the employee's personnel file. Maintain a copy of the summary form and all supporting documents in the department's employee file.*

Performance Review Summary revised October 2021

## Item #2 – Service & Relationships

This is probably the area in which Cathy has the most room for growth. I believe that everyone desires to foster positive relationships. I believe this to be a basic human need. Cathy certainly does have the ability to engage in positive interactions and seems to have several positive professional relationships. However, there have been many, many documented examples where this is not the case, and where the behavior and exchanges is clearly in the not-professional category.

Here is my observation: Points of negative interaction sometime seem to follow process/workflow change discussions. Process/workflow changes can needed for many reasons. Most of those reasons are not the fault of Cathy's position. There can be process gaps, changing business needs, or something completely external to the department (or even UTC, for that matter). There are many things which we might need to respond to in a way that necessitates a change in course. When modifications or rework become necessary, Cathy seems to struggle to keep her interactions positive on a consistent basis.

For example, there's been an ongoing reluctance to communicate & collaborate with the Business Manager position within Facilities Planning & Management. Cathy's position and the Business Manager's position are too closely related and intertwined for there to be little to no collaboration. Also, as an example, when Mark's Tree Service had trouble returning a check to the University, it required some rework on our part. In my opinion, those interactions with the vendor turned unprofessional.

We all have (myself included) times when we disagree with the decided course of action. Sometimes those disagreements are very strong in nature. This is expected and acceptable, if the interactions themselves stay professional and don't inhibit the teamwork and/or collaborative environment necessary to achieve operational successes.

Moving forward, significant progress must be observed in this area.

## Supervisor Comments

Professionally, there's nothing I desire more, within the Operations portion of my responsibility, than for Cathy to feel and be successful in her role. It's a job that touches most every part of facilities operations in an impactful way. One very critical portion of the job is to work closely with and alongside others, and to appropriately receive and give feedback to colleagues, customers, vendors, etc.. The same could be said of any of our positions within FPM. We are a service organization. In my opinion, UTC successfully achieving its mission is dependent on how well FPM performs. The extent to which we properly resource and support positions like Cathy's, is the extent to which we have a chance to successfully deliver service. For that to happen, we have to be able to work together and interact professionally at all times.



# Covenant College

The Trustees of Covenant College, upon recommendation of the Faculty,

have conferred on

## Cathy Watson Effinger

the degree of

## Bachelor of Science

in

## Organizational Management

with all the rights and privileges pertaining thereto.

In testimony whereof, witness the Seal of the College and the signatures of its officers at
Lookout Mountain, Georgia

May 6, 2006

_Robert L. Oss_
Chairman, Board of Trustees

_Jeffrey B. Hall_
Vice President for Academic Affairs

_Niel B. Nielson_
President

_Colin E. Hall_
Dean of Records

" That in all things Christ might have the preeminence " Colossians 1:18

Exhibit



# Chattanooga State Technical Community College

Chattanooga, Tennessee

The State Board of Regents of the State of Tennessee

Upon the recommendation of the Faculty of the College hereby confers upon

## Cathy Eppinger

The

### Associate of Applied Science Degree

Office Administration

with all the rights, privileges and honors appertaining thereto in consideration of the satisfactory completion of the courses prescribed.

In Testimony Whereof, the Seal of the State and signatures as authorized by The Board of Regents are hereunto affixed.

Given at Chattanooga, Tennessee in the Year of Two Thousand Four.

Governor

Chancellor Tennessee Board of Regents

President

Exhibit E

# CATHY EPPINGER

Chattanooga, Tennessee 37421 - (423) 994-3777 - Keppingr@bellsouth.net

## PROFESSIONAL SUMMARY

Efficient, accuracy-driven Administrative Specialist III successful at delivering key clerical support to internal teams, customers, vendors, and other stakeholders. Demonstrate success in analytical problem solving and boosting operational efficiency. Bringing 35 years of superior performance in related roles.

## EDUCATION

**Bachelor of Science** – Organizational Management, 5/2006
**Covenant College** – Lookout Mountain, Georgia
**Associate of Applied Science** – Office Administration, 5/2004
**Chattanooga State Community College** – Chattanooga, Tennessee
**Diploma 1982**
**Chattanooga City High School** – Chattanooga, Tennessee

## WORK HISTORY

**Administrative Specialist III,** 11/2011 to Current
**UTC** – Chattanooga, Tennessee
Prepare reports, balance budget, create spread sheets, run monthly reports, enter bi-weekly/monthly payroll time, process utility bills, create requisition, and work successfully with Banner to access information about students. Update spreadsheets to track, analyze and report on performance data for 266+ utilities bills.

- Manage office inventory by restocking supplies and placing purchase orders to maintain adequate stock levels
- Compose external correspondence for utility bills and review documentation to eliminate errors.
- Generate payroll reports for maximum impact and results
- Manage accounts payable
- Execute record filing system to improve document organization and management
- Welcome office visitors warmly and alerted staff to arrivals of scheduled appointments
- Process travel, which includes randomly booking airfare, hotel, and ground transportation

**Customer Service, Billing Analyst/Fleet manager/Dispatcher,** 3/2005 – 10/2011
**U.S. Xpress Enterprises/Xpress Global** – Chattanooga, Tennessee

- Dispatched truck into status positions and resolved driver issues
- Prepared billing statement through data entry system
- Responded to customer request for product, services, and company information

## SKILLS

- AS400, IRIS System, Advance MS Office suite knowledge
- AR/AP, Account reconciliation, Balance budget, Business correspondence
- Spreadsheet management, Workflow planning, Records management, Invoice processing
- Contract agreement preparation, Payroll budgeting, Database management

# The University of Tennessee at Chattanooga
## Staff Performance and Development Review
### *Performance Review Summary*

| | | | |
|---|---|---|---|
| Employee Name: | Cathy Eppinger | Review Period: from 1/01/20 19 to 12/31/20 19 | |
| Employee IRIS#: | 309929 | Position Title: | Administrative Services Assistatn III |
| Department: | Facilities Planning and Management | Supervisor: | Sue Stephens |

*Supervisors should review the staff member's Performance Report and Development Proposal and/or Self-Evaluation prior to completing this part of the evaluation, which is to be used to inform and guide discussion in the face-to-face Performance Review Meeting. Please attach any other forms or documents used in the performance review process and submit all documents to Human Resources for retention in the permanent personnel file.*

## Key Performance Elements:

1. **Accomplishments** - the extent to which the employee meets expectations in performing the job functions of his/her position as defined in the Position Description Questionnaire (PDQ).

   5 ☑ Consistently Exceeds Expectations (supporting statement/documentation required)

   4 ☐ Fully Achieves and Occasionally Exceeds Expectations

   3 ☐ Fully Achieves Expectations

   2 ☐ Sometimes Achieves Expectations

   1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

   Examples & Comments:
   Attached

2. **Service & Relationships** - the extent to which the employee's behaviors are directed toward fostering positive working relationships in a diverse workplace, respect for one's fellow workers, and cooperation with students, customers, and visitors.

   5 ☑ Consistently Exceeds Expectations (supporting statement/documentation required)

   4 ☐ Fully Achieves and Occasionally Exceeds Expectations

   3 ☐ Fully Achieves Expectations

   2 ☐ Sometimes Achieves Expectations

   1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

   Examples & Comments:
   Cathy is very personable and consistently demonstrates a positive attitude. She works hard to have a meaningful and professional relationship with everyone. She treats everyone in a respectful, friendly and professional manner to include coworkers, students, visitors, and customers. She constantly takes courses that are available to her on communications and customer service. She is always looking for ways to improve her skills.

*Exhibit C*



Attachment to SPDR for Cathy Eppinger 2019

Accomplishments for Item 1

Cathy has processed efficiently the biweekly payroll, travel requests and associated documents, utility invoices, monthly billing for the auxiliary utility costs, vendor information updates in IRIS, kept utility spreadsheet for utilities up to date for Assistant Vice Chancellor, maintained utility files, verified payroll records, kept inventory and ordered office supplies, researched problems with invoices, prepared deposits for the department, handled/distributed incoming and outgoing mail for the department, copied, faxed, and scanned documents for the department. In addition, Cathy entered monthly data information for secondary water meter readings, and printed biweekly leave balance reports for all facilities supervisors.

Cathy has also on her own initiative composed and sent correspondence to utility companies and other vendors about problems with their invoices.

Cathy assists with processing department invoices for payment, maintaining the FPM Ledger/Invoice Database, maintaining the department invoice files, processing personnel actions, and researching information for the department.

Cathy has also helped with special projects and tasks for the Facilities Supervisors: Travel information and research, reports, communication, and editing documents.

In addition to performing the full range of administrative duties, she has done an extraordinary job of managing the complex utility billing comprised of several hundred accounts. Many of the accounts have disputed balances going back several years. These account balances were disputed due to utility companies posting payments to the wrong accounts or being slow to post payments. These errors generated erroneous late fees and represented a significant sum. Cathy has researched all of these thoroughly and provided documentation supporting our position. As a result, almost all of the erroneous billing accounts have been corrected. She continues to work on the few remaining disputed accounts and continues to identify and correct ongoing billing errors. This work has saved the University thousands of dollars, and resulted in more timely recoveries and accounting. Cathy processed 2,736 utility invoices in addition to the other invoices for the department.

Cathy has also assisted Anthony McClellan, Executive Director, with creating a Facilities Planning and Management private group e-mail and other tasks as needed such as reports, copying and scanning documents.

On her own initiative, she has been checking the payment status of invoices after sending to Accounting Services to make sure invoices have been received and processed for payment. If processed, she stamps invoice "paid" before filing the original. By doing this procedure, she can detect potential problems early and help expedite invoice payments.



Cathy also covered for the Senior Administrative Services Assistant, Sue Stephens, while she was on seven weeks sick leave, which increased her workload with processing invoices, transfer vouchers, personnel papers, monthly payroll and researching problems with invoices.

Cathy is also the Employee Relations Committee Representative for the Facilities Department. This committee provides a direct channel to two-way communication between University administration and regular non-exempt employees for information and advisory purposes. She has been re- elected to a two-year term (2020 -2021). This committee meets once a month.

Cathy Eppinger Training attended 2019

02/16/19 Regional Utility Data Management Training 9 a.m. to 3:30 p.m.
5.5 Hours

02/07/19 Communication Skills for the Workplace 9 a.m. to 10 a.m.
1.0 Hour

03/14/19 The Administrative Assistants Conference at Hilton Garden Inn 9 a.m. to 4 p.m.
6.0 Hours

03/25/19 Interpersonal Communication: Communicating with Confidence 9 a.m. to 10 a.m.
1.0 Hour

04/12/19 S.T.O.P. Unhealthy Work Conflict 3:30 to 4:30 p.m.
1.0 Hour

04/12/19 The Art of Effective Customer Service 2 to 3 p.m.
1.0 Hour

04/05/19 Execute with Excellence 2 to 3 p.m.
1.0 Hour

04/25/19 Interpersonal Communication 9 a.m. to 10 p.m.
1.0 Hour

07/10/19 E-Invoicing and UT Market Place
1.0 Hour

07/18 True Colors and Communication 9 a.m. to 10 a.m.
1.0 Hour

07/30/19 How to Build a Successful Team 9 to 10 a.m.
1.0 Hour

08/08/19 Improving Workplace Relations 9 a.m. to 10 a.m.
1.0 Hour



08/13/19 How to Overcome Negativity in the Workplace 9 a.m. to 10 a.m.
    1.0 Hour

11/20/19 Active Listening Training 9 a.m. to 12 noon
    3.0 Hours

November 06-08, 2019 Administrative Professionals Retreat, Gatlinburg, TN
    8.75 Hours

May 13-15, 2019 The TNAPPA Annual Conference in Memphis, TN - Attended several training sessions    16 Hours

June 2019 Title VI
    .5 Hour

November 2019 Active Shooter Training
    1 Hours

December 2019 Bridges:  Taking Action
    1 Hours


Total Hours
    52.75



Cathy Eppinger Training for 2018

| | |
|---|---|
| October 9, 2018 Search Committee with Chandra Ward | 1.0 hour |
| October 24, 2018 Major Accounts Breakfast by Tennessee American Water Company with Kimberly Moore | 1.0 hour |
| April 18, 2018 Stop Unhealthy Work Conflict | 1.0 hour |
| September 5, 2018 Concur Online Travel Booking | 1.0 hour |
| April 12, 2018 The Art of Effective Customer Service | 1.0 hour |
| December 16, 2018 IT Security Awareness Training | 1.0 hour |
| December 16, 2018 Bridges:  Building a Supportive Community | 1.0 hour |
| TNAPPA 2018 Conference UT Market Place, Tennessee Materials Market Place, Green Purchasing | 1.0 hour |
| May 11, 2018 The Extraordinary Administrative Support Professionals' Conference | 6.5 |
| Total Hours | 14.5 hours |

3. **Accountability & Dependability** - the extent to which the employee contributes to the effectiveness of the department and the overall mission of the University. (NOTE: Time off approved under FMLA may not be considered)

5 ☒ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
Cathy is one the most dependable and conscientious team members we have. She is eager and willing to learn new and more effective processes to improve the efficiency of our department and the University's mission. She is always on time and at work as scheduled. She is adaptable and flexible to new ideas, programs and systems. She covered for the Senior Administrative Support Assistant while on seven weeks sick leave which added to her normal workload. She has attended several training session on and off campus. (List attached)

4. **Adaptability & Flexibility** - the extent to which the employee exhibits openness to new ideas, programs, systems, and/or structures.

5 ☒ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
Cathy is proactive, prompt, and dependable. She is efficient and really tries to perform her work correctly and in a timely manner. She is very good at keeping me informed on status of projects that she handles. She continues to monitor utility accounts to clear up past due balances and inappropriate charges as well as research other invoice problems for the department. She is always willing to help with any project and eager to take on new assignments.

SPDR revised December 2013

**5. Decision Making & Problem Solving** - the extent to which the employee makes sound and logical job-related decisions that are in the best interest of the University.

5 ■ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
Cathy is a very important team member in the Facilities Department. She wants to take on more responsible duties in the department. She is eager and willing to learn new and more effective processes to improve the efficiency of our department and support the University's mission. She is adaptable and flexible to new ideas, programs and systems. She has quickly adapted to FPM specific requirements, particularly a very complex utility processing and tracking system, as well as very challenging and extensive payroll and invoice requirements.

TOTAL POINTS: 25

| Rating | | Total Points |
|---|---|---|
| Consistently Exceeds Expectations | = | 23 - 25 |
| Fully Achieves and Occasionally Exceeds Expectations | = | 19 - 22 |
| Fully Achieves Expectations | = | 15 - 18 |
| Sometimes Achieves Expectations | = | 10 - 14 |
| Unsatisfactory/Not Eligible for Across the Board Increase (Performance Improvement Plan Required) | = | 9 or less |

Final PR Rating: Consistently Exceeds Expectations

**Summary Checklist**

1. Goals and Objectives have been developed and discussed with employee?  Yes ☐  No ☐
   *Refer to optional Goals and Objectives form*

2. Job Duties and Performance Expectations have been discussed with employee?  Yes ■  No ☐

3. Appropriate corrective action has been discussed with employee?  Yes ☐  No ☐  NA ■

4. Performance Improvement Plan has been developed for employees with a Final PR Rating of 9 or below (required)?  Yes ☐  No ☐  NA ■
   *Refer to Performance Improvement Plan form*

5. Individual Development Plan has been developed for employees receiving a Final PR Rating of 10 or above?  Yes ☐  No ☐  NA ☐
   *Refer to optional Individual Development Plan form*

SPDR revised December 2013

## Job Content Review

ate of last review of staff member's PDQ by Human Resources: | 03/27/19 |

Does the current Position Data Questionnaire reflect accurately the duties and responsibilities of this staff member?

Yes ☒     No ☐

If it does not, it is suggested PDQ be revised for review by Human Resources.

**Comments:** *(additional attachments may be included, if space is insufficient)*

*Supervisor:*

*Staff Member (Employee may provide additional comments to be retained with this document in personnel file):*

Cathy is an invaluable member of the Facilities Planning and Management team. She keeps up to date on new IRIS processes and is always willing to help anyone in the department that needs assistance. She is always looking for a more efficient way to do things. She wants to take on more responsible duties. She attends training classes offered for our employees.

*I agree with this assessment of my performance:* ☑

*I do not agree with this assessment of my performance:* ☐

[If staff member does not agree with content of review, he/she should indicate in the "comments" section above the points of disagreement to be considered by the next level of administration. Additional statements may be attached.]

By signing below, the staff member and supervisor acknowledge that this performance review was conducted in a face-to-face meeting in which feedback regarding performance was given and future performance and development plans were discussed.

| *[signature]* | 5/25/20 |
| **Staff Member** (required) | Date |
| *Sue Stephens* | 5-25-20 |
| **Supervisor** (required) | Date |

By signing below, the administrator to whom the above supervisor reports attests to having examined the performance review documents, including any indication of contested issues.

| X *[signature]* | Asst VC O&S | 5/25/20 |
| **Administrative Review Signature** (required) | Title of Reviewer | Date |

*Please send original with any attachments to the Office of Human Resources for review and retention in permanent personnel file.*

SPDR revised December 2013

# The University of Tennessee at Chattanooga
## Staff Performance and Development Review
*Performance Review Summary*

| | | | | | |
|---|---|---|---|---|---|
| Employee Name: | Cathy Eppinger | | Review Period: from | 1/01/20 18 | to 12/31/20 18 |
| Employee IRIS#: | 309929 | | Position Title: | Administrative Services Assistant III | |
| Department: | Facilities Planning & Management | | Supervisor: | Sue Stephens | |

*Supervisors should review the staff member's Performance Report and Development Proposal and/or Self-Evaluation prior to completing this part of the evaluation, which is to be used to inform and guide discussion in the face-to-face Performance Review Meeting. Please attach any other forms or documents used in the performance review process and submit all documents to Human Resources for retention in the permanent personnel file.*

## Key Performance Elements:

1. **Accomplishments** – the extent to which the employee meets expectations in performing the job functions of his/her position as defined in the Position Description Questionnaire (PDQ).

   5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)

   4 ☒ Fully Achieves and Occasionally Exceeds Expectations

   3 ☐ Fully Achieves Expectations

   2 ☐ Sometimes Achieves Expectations

   1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

   Examples & Comments:
   Attached

2. **Service & Relationships** – the extent to which the employee's behaviors are directed toward fostering positive working relationships in a diverse workplace, respect for one's fellow workers, and cooperation with students, customers, and visitors.

   5 ☒ Consistently Exceeds Expectations (supporting statement/documentation required)

   4 ☐ Fully Achieves and Occasionally Exceeds Expectations

   3 ☐ Fully Achieves Expectations

   2 ☐ Sometimes Achieves Expectations

   1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

   Examples & Comments:
   Cathy is very personable and consistently demonstrates a positive attitude. She treats everyone in a respectful, friendly and professional manner to include coworkers, students, visitors, and customers.

*Exhb C9*



Attachment to SPDR for Cathy Eppinger 2018

Accomplishments for Item 1

Cathy has efficiently processed the biweekly payroll, travel requests and associated documents, utility invoices, monthly billing for the auxiliary utility costs, vendor information updates in IRIS, kept utility spreadsheet for utilities up to date for Assistant Vice Chancellor, maintained utility files, verified payroll records, kept inventory and ordered office supplies, researched problems with invoices, prepared deposits for the department, created department contracts in ESM Solutions module, handled/distributed incoming and outgoing mail for the department, copied, faxed, and scanned documents for the department. In addition, Cathy entered monthly data information for secondary water meter readings, and printed biweekly leave balance reports for all facilities supervisors.

Cathy has also on her own initiative composed and sent correspondence to utility companies and other vendors about problems with their invoices.

Cathy assists with processing department invoices for payment, maintaining the FPM Ledger/Invoice Database, maintaining the department invoice files, processing personnel actions, and researching information for the department.

Cathy has also helped with special projects and tasks for the Facilities Supervisors: Travel information and research, reports, communication, and editing documents.

In addition to performing the full range of administrative duties, she has done an extraordinary job of managing the complex utility billing comprised of several hundred accounts. Many of the accounts have disputed balances going back several years. These account balances were disputed due to utility companies posting payments to the wrong accounts or being slow to post payments. These errors generated erroneous late fees and represented a significant sum. Cathy has researched all of these thoroughly and provided documentation supporting our position. As a result, almost all of the erroneous billing accounts have been corrected. She continues to work on the few remaining disputed accounts and continues to identify and correct ongoing billing errors. This work has saved the University thousands of dollars, and resulted in more timely recoveries and accounting. Cathy processed 2,736 utility invoices in addition to the other invoices for the department.

In addition to the routine ongoing tasks listed above, during the past year, Cathy helped make the TNAPPA 2018 Conference a success by providing the following support:

Obtained information on promotional items, door prizes, gifts, and table centerpieces.



Worked with the Food Committee on choosing the caterers, menus and venues for the different events/meals. Visited potential venues for the welcome dinner and banquet which included the Bessie Smith Hall, Aquarium, and Hunter Museum. Provided feedback on these venues.

Picked up several boxes of tourist guides from Chamber of Commerce (used personal car).

After the banquet at the Hunter Museum, helped with the cleanup, and loaded left over food in personal car and delivered it to the Facilities Management Office and unloaded it and put it in refrigerators.

Provided service for the golf tournament, which included registration, several round trips of delivery of snacks and drinks to team golfers, and loaded/unloaded snack and drinks to golf court.

Cathy is also the Employee Relations Committee Representative for the Facilities Department. This committee provides a direct channel to two-way communication between University administration and regular non-exempt employees for information and advisory purposes. She was elected to a two year term (2017/18 and 2018/19). This committee meets once a month and Cathy has attended all meetings except one, which was attended by her alternate, Jonah Williams.

This committee had a cookbook sale to benefit the Staff Development Fund. Thanks to her team, friends, family, and determination she sold 29 books, which raised $290.00

3. **Accountability & Dependability** - the extent to which the employee contributes to the effectiveness of the department and the overall mission of the University. (NOTE: Time off approved under FMLA may not be considered)

5 ☑ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
Cathy is proactive, prompt, and dependable. She has completed all tasks assigned in an efficient and timely manner. She is very good at keeping me informed on status of projects she handles. She continues to research past utility accounts to clear up past due balances and inappropriate charges as well as helps research other invoice problems for the department. She is always willing to help with any project and eager to take on new assignments. She was very supportive and helpful with the TNAPPA 2018 Conference hosted by our department.

4. **Adaptability & Flexibility** - the extent to which the employee exhibits openness to new ideas, programs, systems, and/or structures.

5 ☑ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☐ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
Cathy is eager and willing to learn new and more effective processes to improve the efficiency of our department and the University's mission. She is adaptable and flexible to new ideas, programs and systems. She has quickly adapted to FPM specific requirements, particularly a very complex utility processing and tracking system, as well as very challenging and extensive payroll and invoice requirements. She has attended several training sessions. (List attached)



Cathy Eppinger Training for 2018

| | |
|---|---|
| October 9, 2018 Search Committee with Chandra Ward | 1.0 hour |
| October 24, 2018 Major Accounts Breakfast by Tennessee American Water Company with Kimberly Moore | 1.0 hour |
| April 18, 2018 Stop Unhealthy Work Conflict | 1.0 hour |
| September 5, 2018 Concur Online Travel Booking | 1.0 hour |
| April 12, 2018 The Art of Effective Customer Service | 1.0 hour |
| December 16, 2018 IT Security Awareness Training | 1.0 hour |
| December 16, 2018 Bridges: Building a Supportive Community | 1.0 hour |
| TNAPPA 2018 Conference UT Market Place, Tennessee Materials Market Place, Green Purchasing | 1.0 hour |
| May 11, 2018 The Extraordinary Administrative Support Professionals' Conference | 6.5 |
| Total Hours | 14.5 hours |

**5. Decision Making & Problem Solving** - the extent to which the employee makes sound and logical job-related decisions that are in the best interest of the University.

5 ☐ Consistently Exceeds Expectations (supporting statement/documentation required)

4 ☒ Fully Achieves and Occasionally Exceeds Expectations

3 ☐ Fully Achieves Expectations

2 ☐ Sometimes Achieves Expectations

1 ☐ Rarely Achieves Expectations (supporting statement/documentation required)

Examples & Comments:
Cathy is a "self Starter" and works on her own with little supervision. She uses sound judgment and exercises initiative to do search when needed before making decisions.

**TOTAL POINTS:** 23

| Rating | | Total Points |
|---|---|---|
| **Consistently Exceeds Expectations** | = | **23 - 25** |
| **Fully Achieves and Occasionally Exceeds Expectations** | = | **19 - 22** |
| **Fully Achieves Expectations** | = | **15 - 18** |
| **Sometimes Achieves Expectations** | = | **10 - 14** |
| **Unsatisfactory/Not Eligible for Across the Board** | | |
| **Increase (Performance Improvement Plan Required)** | = | **9 or less** |

**Final PR Rating:** Consistently Exceeds Expectations

**Summary Checklist**

1. Goals and Objectives have been developed and discussed with employee?   Yes ☒   No ☐
   *Refer to optional Goals and Objectives form*

2. Job Duties and Performance Expectations have been discussed with employee?   Yes ☒   No ☐

3. Appropriate corrective action has been discussed with employee?   Yes ☐   No ☐   NA ☒

4. Performance Improvement Plan has been developed for employees with a   Yes ☐   No ☐   NA ☒
   Final PR Rating of 9 or below (required)?
   *Refer to Performance Improvement Plan form*

5. Individual Development Plan has been developed for employees receiving a   Yes ☐   No ☐   NA ☐
   Final PR Rating of 10 or above?
   *Refer to optional Individual Development Plan form*

## Job Content Review

Date of last review of staff member's PDQ by Human Resources: | 03/29/17 |

Does the current Position Data Questionnaire reflect accurately the duties and responsibilities of this staff member?
Yes ■   No ☐

If it does not, it is suggested PDQ be revised for review by Human Resources.

**Comments:** *(additional attachments may be included, if space is insufficient)*

*Supervisor:* Cathy is an invaluable member of the Facilities Planning and Management team. She keeps up to date on new IRIS processes. She attends training classes offered for our employees. She has been studying on her own for CAP Exam. She is always looking for a more efficient way to do things in this department.

*Staff Member (Employee may provide additional comments to be retained with this document in personnel file):*

*I agree with this assessment of my performance:* ☑

*do not agree with this assessment of my performance:* ☐

[If staff member does not agree with content of review, he/she should indicate in the "comments" section above the points of disagreement to be considered by the next level of administration. Additional statements may be attached.]

By signing below, the staff member and supervisor acknowledge that this performance review was conducted in a face-to-face meeting in which feedback regarding performance was given and future performance and development plans were discussed.

| _(signature)_ | 3/28/19 |
| **Staff Member (required)** | **Date** |

| _Sue Stephens_ | 3-28-19 |
| **Supervisor (required)** | **Date** |

By signing below, the administrator to whom the above supervisor reports attests to having examined the performance review documents, including any indication of contested issues.

| _(signature)_ | Asst VC Sr Ops | 3/28/19 |
| **Administrative Review Signature (required)** | **Title of Reviewer** | **Date** |

*Please send original with any attachments to the Office of Human Resources for review and retention in permanent personnel file.*

SPDR revised December 2013



# Appendix: Instructions for The Performance Review Summary

## Key Elements of Performance Review Summary

*Accomplishments* – Evaluate the employee's success in performing identified duties/areas of responsibilities. Use the PDQ or departmental goals & objectives to identify specific duties/areas of responsibilities.

*Service & Relationships* – Evaluate the employee's success in the areas of customer service, communication and interpersonal skills, diversity, and teamwork.

*Accountability & Dependability* – Evaluate the employee's success in contributing to the effectiveness of the department and the overall mission of the university. It is important to note that time off approved under FMLA may <u>not</u> be considered.

*Adaptability & Flexibility* – Evaluate the employee's success in dealing effectively with additional responsibilities, learning innovative techniques and applying them to his/her job, and participating in appropriate training and development opportunities.

*Decision Making & Problem Solving* – Evaluate the employee's success in making decisions, following safe work practices, and complying with university policies and federal, state and local laws.

## Ratings

Expectations should be specific, measurable, attainable, realistic, and timely. An employee should be evaluated based on how well he/she has met the known expectations of his/her position.

Evaluate the employee using the following options:

**Rarely Achieves Expectations**

Example:    Employee rarely completes tasks on time or in a timely manner.

**Sometimes Achieves Expectations**

Example:    Employee sometimes does/sometimes does not complete tasks on time and may often have to be reminded to complete the tasks.

**Fully Achieves Expectations**

Example:    Employee consistently completes tasks on time or in a timely manner with no intervention.

**Fully Achieves & Occasionally Exceeds Expectations**

Example:    Employee completes tasks early or on time and will <u>occasionally</u> seek ways to help others complete tasks and/or accept additional tasks.

**Consistently Exceeds Expectations**

Example:    Employee completes tasks early or on time and <u>consistently</u> seeks ways to help others complete tasks and/or accept additional tasks.

SPDR revised December 2013



## 2015 Performance Award Nomination
## Cathy Eppinger – Admin Support Asst III

Cathy has quickly become an invaluable member of the Facilities Dept. She has proven to be aa adaptable "self-starter" and can work on her own with little supervision.  She uses sound judgment and exercises initiative to do research when needed to make decisions. In addition to preforming the full range of administrative duties, she has done an extraordinary job of managing our complex utility billing comprised of several hundred accounts. Many of the accounts have disputed charges going back several years. They have been disputed due to the utility companies posting payments to the wrong accounts or being slow to post payments. This has generated erroneous late fees which represent a significant sum. Cathy has researched all of these thoroughly and provided documentation supporting our position. As a result, almost all erroneous billing has been corrected. She continues to work on the few remaining disputed accounts and continues to identify and correct ongoing billing errors. This work has saved the University thousands of dollars and resulted in more timely recoveries and accounting. Cathy has been very professional in all her work and interactions with people both on and off campus.



**Eppinger, Cathy**

| | |
|---|---|
| **From:** | UTC Campus Information <UTCINFO@RAVEN.UTC.EDU> on behalf of Pou, Laure |
| **Sent:** | Thursday, February 4, 2021 12:17 PM |
| **To:** | UTCINFO@RAVEN.UTC.EDU |
| **Subject:** | [UTCINFO] Reminder: Deadline for Staff Performance Evaluations is March 31 |



Campus Colleagues,

This is a friendly reminder that the deadline for submitting completed performance reviews to Human Resources for regular staff employees is **March 31**.

### Overview of Policy and Process     *Yearly 2020*

The staff performance review process has not changed since last year, but there are some important reminders regarding the review process that are outlined below.

- **Review Period** - Staff employees will be evaluated based on the calendar year (January through December).
- **Performance Review Process and Forms** - Please refer to the UTC Staff Annual Performance Review webpage for a description of the performance review process, as well as a variety of supplemental forms that can be utilized to enhance performance management efforts. The only form required for submission to Human Resources is the Performance Review Summary Form.
- **Required Signatures** – Staff performance reviews require the signatures of the employee, the employee's supervisor and next level of administration to ensure consistency and fairness. Performance review forms will not be accepted by HR until all three required signatures are included unless otherwise approved.

Please review UT HR Policy HR0129 - Performance Reviews for Regular Staff Employees for additional information regarding performance ratings, required performance improvement plans and ineligibility for across-the-board increases.

### Methods for Submitting Performance Reviews

It is preferred for performance reviews to be submitted electronically to Personnel@utc.edu, but hard copies may be delivered to the Office of Human Resources, Dept. 3603, at 720 McCallie Avenue.

**Inclusion, Diversity and Engagement**

1

We are excited to announce that new changes are coming for evaluation of the 2021 annual review period next year! In keeping with UTC and System-wide commitments to Inclusion, Diversity, and Engagement (IDE), these elements will become a component of employee performance evaluations. The University supports a diverse and inclusive culture and all employees are expected to respect and uphold these values while performing all job functions and responsibilities.

Supervisors and employees are encouraged to discuss diversity-related performance goals and development opportunities during staff performance review meetings in preparation for the annual review process in spring 2022, which will evaluate employee performance for 2021 calendar year with a revised evaluation form that will include IDE as an established key performance element for all staff.

The University will continue to make efforts to ensure that resources, including trainings, events, and professional development and engagement opportunities are available and accessible to support employees in achieving their performance goals and expectations. More information about the IDE performance evaluation component will be forthcoming.

**Performance Review Questions?**

If you have any questions regarding the overall performance management process and completion of annual staff performance reviews, please contact Julie Brown, Director of Employee Relations, at 425-4638 or Julie-g-Brown@utc.edu.

Laure Pou
Assistant Vice Chancellor
UTC Human Resources
720 McCallie Avenue
Chattanooga, TN 37403
423-425-5742



**TENNESSEE HUMAN RIGHTS COMMISSION**
WILLIAM R. SNODGRASS TENNESSEE TOWER
312 ROSA L. PARKS AVENUE, 23RD FLOOR
NASHVILLE, TENNESSEE 37243-1102
(615) 741-5825 FAX (615) 253-1886
www.tn.gov/humanrights

December 9, 2020

Ms. Rosite Delgado
Director, Office of Equity and Inclusion
UNIVERSITY OF TENNESSEE AT CHATTANOOGA
202 Human Resources Center, Dept. 5455
720 McCallie Avenue
Chattanooga, TN 37421

    RE:    Cathy Eppinger v. UNIVERSITY OF TENNESSEE AT CHATTANOOGA
            THRC# 3-014-21; EEOC# 25A-2021-00042C

Dear Ms. Delgado:

This letter serves as notice to your office that the Tennessee Human Rights Commission has received a complaint filed under the Tennessee Human Rights Act and/or the Tennessee Disability Act, alleging employment discrimination on one or more of the following bases: race, color, national origin, gender, religion, creed, age, or disability.

The Tennessee Human Rights Commission is required under Tennessee Code Annotated §4-21-302 to investigate this complaint. Consequently, the Commission is providing your organization with the opportunity to defend these charges by submitting a Position Statement which is a summary of your organization's position in this case that includes all documents and records regarding the subject charge of discrimination. Please note that if your organization fails to submit a Position Statement, the Commission may make a default finding in favor of the Complainant.

Enclosed is a copy of the complaint, any attachments submitted with the complaint, a Request for Information, "What a Position Statement Should Include", and an Invitation to Mediate this complaint. Please read the enclosed documents and submit your response, including your company's Position Statement and all supporting documents by **December 30, 2020**. Once your response is received, your case will be assigned to an investigator who will interview the parties, relevant witnesses and may request further information in order to make a proper determination in this matter. Please note, the Commission will provide the Position Statement and non-confidential attachments to the Charging Party or his/her representative upon request anytime during the investigation.

After the investigation is concluded the investigator will submit the case file along with their recommendation to the Commission's legal department for review and approval. After the legal review has been conducted, a letter will be sent to notify both parties of the final determination in the case.



- You may also file a lawsuit in federal or state court at any point during the investigation, however; once a lawsuit has been filed, THRC must discontinue our investigation. Please speak with your investigator or a private attorney for more information on filing in court.
- Please take note that you are responsible for keeping the Commission informed if any of your contact information changes. If we are unable to contact you or if you fail to cooperate with your investigation your case may be administratively closed or a determination issued based on the information on file.

Should you have additional questions or concerns, please do not hesitate to contact me at the address or phone number listed above.

Sincerely,

Kaleda N. Bentley
Intake Supervisor

Enclosures (2)




# THE UNIVERSITY OF TENNESSEE
# CHATTANOOGA

**Human Resources**
Human Resources Center, Dept. 3603
615 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4221
Fax: (423) 425-4574
www.utc.edu

To:        Cathy Eppinger

From:      Freddie Perutelli, Total Compensation Specialist

Date:      December 11, 2020

Subject:   Position Reclassification

We are pleased to notify you that your position has been reclassified to Administrative Specialist III.

Your new hourly rate effective December 1, 2020 will be $19.00.

Please contact me if you have questions.

CC:   Personnel File

*Exhibit H*

\* *Please Note:*

*I Received A 3.86 increase After my Complaint to Tennessee Human Rights Commission. See Letter Dated December 9th.*

# RECURRING DUTIES

↓

For ADministrative Assistant, Project Coordinator + ——— Business Managers 

Exhibit I

➢ **Daily**

   ○ Process-COPY-Enter Invoices into shadow budget-File

   ○ Keep track of pending charges

➢ **Biweekly - PAYROLL**

   ○ Entering biweekly TIMESHEETS

   ○ Payroll Distribution Report -ZPR_CC_WBS_DIST

      ■ Shows who was paid and amount from a particular account. RUN THIS AFTER EACH PAY PERIOD AND/OR MONTH END AND ATTACH TO LEDGERS.

   ○ Detailed Check Register ZPR_DETAIL_CHECK_REG

      ■ This report shows a breakdown of the individuals and their paycheck amounts and which accounts they hit. It should be RUN 2 DAYS PRIOR to payday to make sure everyone is getting paid. Each department must run this report and sign it.

➢ **Monthly - PAYROLL**

   ○ Entering monthly TIMESHEETS

   ○ Payroll Distribution Report -ZPR_CC_WBS_DIST

      ■ Shows who was paid and amount from a particular account. RUN THIS AFTER EACH PAY PERIOD AND/OR MONTH END AND ATTACH TO LEDGERS.

   ○ Detailed Check Register ZPR_DETAIL_CHECK_REG

      ■ This report shows a breakdown of the individuals and their paycheck amounts and which accounts they hit. It should be RUN 2 DAYS PRIOR to payday to make sure everyone is getting paid. Each department must run this report and sign it.



➢ **Monthly - BUDGET**

   o   Reconciling Monthly Ledgers – Dept Head Signature

        ▪  ZFM_UT_LEDGER University Ledger ***New*** - this is the ledger they want you to use for reconciling and signatures, however isn't useful until after the month closes in Knoxville, usually after the 7th or 8th of the month (sometimes sooner).

        ▪  Directors/Department Heads need to sign off on each ledger after admin reconciles them.

        ▪  These ledgers must be filed and kept for 6 years according to Fiscal Policy.

➢ **Monthly PROCUREMENT CARD**

   o   Reconciling-Verifying-Approving Procurement Card

        ▪  ZPOS Procurement Card Statement – This is where to print the document for signature.

        ▪  FBV2 – Is where you make changes and erase the NOT in front of RECONCILED. And mark "Complete" to send to approvals where Department Head will approve.

➢ **Summer**

   o   Year-end close out – make sure end of year invoices get in on time to hit the correct month.

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | Winesburgh, Amanda |
| **Sent:** | Sunday, June 12, 2022 9:58 PM |
| **To:** | Eppinger, Cathy; Beavers, Christopher |
| **Cc:** | McClellan, Anthony; Ellis, Tom M |
| **Subject:** | Invoice process until FY is complete |

Hello Cathy & Chris , I wanted to make sure were all on the same page since Chris is new to Facilities and we are in the middle of working on changing some processes. Not much has changed for now since we are not starting the new processes until after FY ends. If you have any questions , or ideas on what I have listed below let me know.

- Invoices will still be received as normal (mail, and email as they have been coming in) once mail has been received and checked in all invoices will be distributed to the proper person. If you have questions on who gets an invoice, please let me know so we can make sure it gets the proper person and doesn't delay payment since we have such a short period of time to get everything entered this FY.

- Invoices still go to the storeroom as normal

- Invoices will come back from the storeroom to Cathy/ Amanda as they have been to have their Vendor # checked payment remit to , and PO's as usual.

- Cathy / Amanda will still get invoices signed by Anthony or Tom for now before they are sent to Chris for payment.

- Cathy / Amanda can either scan and email the invoices or give them directly to Chris and he can email the scanned copy back once they are paid. It may save time to hand deliver the signed invoice and let Chris scan them when he pays them in IRIS. Once they are paid Chris can email Cathy/ Amanda the scanned copy & put the original hard copy of the invoice back in Cathy's/ Amanda's box to be filled. This will allow Cathy / Amanda to still save them in the s drive as usual and file the hard copies as usual without ever having to scan the invoice.

- Chris is aware of which invoices go back to Cathy & which invoices go back to Amanda so this should not be an issue.

*Once we finalize the new process, we will all meet to go over the new process, but since Chris is already started with us, I wanted to put this together, so we were all on the same page for now.*

Thanks so much & see you all tomorrow ( The Countdown to FY 22 Ending has officially begun!) 18 days until the end of June!

1

## Eppinger, Cathy

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Friday, February 12, 2021 7:11 AM |
| **To:** | Debbie Manning |
| **Cc:** | Eppinger, Cathy; Winesburgh, Amanda Winesburgh |
| **Subject:** | Fwd: Account payable contact |
| **Attachments:** | image001.png; Invoice UTC 047229.pdf; Invoice UTC 047512.pdf; Invoice UTC 047642.pdf; Aged AR, UTC 2-5-2021.pdf |

Hello Debbie - I'm in the middle of revamping our invoice process. In the meantime, you can send them to Cathy and Amanda. They are copied on this email.

Anthony McClellan
Executive Director of Facilities Operations
The University of Tennessee at Chattanooga

*We both process invoices identical duties*

Begin forwarded message:

> **From:** Debbie Manning <DManning@premierebuilding.com>
> **Date:** February 8, 2021 at 9:04:51 AM EST
> **To:** "McClellan, Anthony" <anthony-mcclellan@utc.edu>
> **Subject: Account payable contact**

Hello Anthony,

I was checking to see if you are the best person to send invoices to for UTC? If not please send me the e-mail address of the correct person. It looks like there may be a couple of invoice that were missed. Please see the attached and let me know if you have received them please. Also I attached a copy of your aging for your review.

Thank you for your help.

Thank you,

Debbie Manning

Accounting Clerk

Premiere Building Maintenance Corporation

1416 McCalla Ave.|Knoxville, TN 37915

T: 865-522-7731|F: 865-546-6708

Dmanning@premierebuilding.com

**Premiere PRIDE: Personal Responsibility In Delivering Excellence**

*Exhibit H*



| | |
|---|---|
| ~om: | McClellan, Anthony |
| ~ent: | Tuesday, March 9, 2021 8:11 AM |
| **To:** | Eppinger, Cathy; Winesburgh, Amanda Winesburgh |
| **Subject:** | FPM Ledgers |

From what I can tell, FPM Ledgers breaks down regularly, and IT doesn't support it. The most recent time I know about was last Friday, but I'm aware of at least a 1/2 dozen other times that it has. Based on that, Im making the recommendation to Tom for us to move away from FPM Ledgers as a database tool.

I clearly understand the need to maintain a Log of what was received/sent. But if the tool we have is not reliable, and at times can't be fixed, it affects our ability to operate.

Maybe a simple excel sheet would work. Maybe we need an actual Accounts Payable software. I'm open to suggestions, but the current situation is untenable. I'm just sending this as a heads up. Since you both work on invoicing.

Thanks Cathy for bringing this to my attention.

Anthony McClellan
Executive Director of Facilities Operations
The University of Tennessee at Chattanooga
email: anthony-mcclellan@utc.edu

*Note - Amanda, Ms. Sue & Cathy Job description are Equal. We all Does the exact Duties. See Pink writing



## Eppinger, Cathy

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Friday, March 12, 2021 11:11 AM |
| **To:** | Darger, Lisa; Charland, Chris |
| **Cc:** | Ellis, Tom M; Winesburgh, Amanda Winesburgh; Eppinger, Cathy |
| **Subject:** | RE: [EXT]: Irrigation Electrical Connection |
| **Attachments:** | Irrigation Electrical Proposal.pdf |

Chris - Just sending this email to document what we've already discussed. Given that this money was previously approved by the ETF and is currently available we are proceeding forward with Adman's proposed repairs to the irrigation system.

Copying Cathy/Amanda because they both process Adman invoices.

Anthony McClellan
Executive Director of Facilities Operations
The University of Tennessee at Chattanooga



**From:** Darger, Lisa <Lisa-Darger@utc.edu>
**Sent:** Wednesday, March 10, 2021 11:00 AM
**To:** Charland, Chris <Chris-Charland@utc.edu>; McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** RE: [EXT]: Irrigation Electrical Connection

Yes — we have approximately $25,000 remaining in the rolling account which has already been encumbered for the irrigation system.

**From:** Charland, Chris <Chris-Charland@utc.edu>
**Sent:** Tuesday, March 9, 2021 3:34 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Cc:** Darger, Lisa <Lisa-Darger@utc.edu>
**Subject:** Re: [EXT]: Irrigation Electrical Connection

You are correct that we did not use all of the funds on the first go around I just wanted to make sure that they are available for immediate use or does it have to go back in front of the committee.

Sent via the Samsung Galaxy S8 Active, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Tuesday, March 9, 2021 3:30:10 PM
**To:** Charland, Chris <Chris-Charland@utc.edu>
**Cc:** Darger, Lisa <Lisa-Darger@utc.edu>
**Subject:** Re: [EXT]: Irrigation Electrical Connection

I may be misremembering what our status is, but it seems like we didn't spend all of the original allotment. Could we use some of that balance to get this going even if the additional funding hasn't been 100%

1

Laure



**From:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Sent:** Monday, July 13, 2020 7:55 AM
**To:** Pou, Laure <Laure-Pou@utc.edu>
**Subject:** New Position - Business Manager "Given" to Amanda Winesburgh - Facilities Planning & Management Department
**Importance:** High

Hi Laure,
I went to Tom regarding the new Business Manager position after Ms. Sue as well as, Amanda stated that she has this new title Business Manager, and was promoted. Tom stated that the position was given to Amanda because she was knowledgeable campus wide, and he did not want to lose her. He went on to say that people on campus calls her for help with their positions. He also stated that after Ms. Sue retires in November, I would report to Amanda. Amanda has been in this department for a short time, and as moved from bi-weekly payroll to monthly, and now a Business Manager. I have asked several times for additional assignments to increase my pay all get is "I'm working on it". I have asked several times to shadow Ms. Sue, and I gets nothing. Although, I am very knowledgeable in reconciliation, budgeting, and have a B.S. degree in Organizational Management, I was not considered, although I am qualified. That been said, new title implies new job...lead job at that.

Please provide information for the following, and I was also advised that this information should be available without delay:

1. Why wasn't this job posted
2. What <u>were</u> the qualifications/criteria
3. How does the above hiring practice falls within the guidelines of EEO

**EEO/AA Statement / Non-Discrimination Statement**
The University of Tennessee is an EEO/AA/Title VI/Title IX/Section 504/ADA/ADEA institution in the provision of its education and employment programs and services. All qualified applicants will receive equal consideration for employment without regard to, and will not be discriminated against on the basis of, race, color, national origin, religion, sex, pregnancy, marital status, sexual orientation, gender identity, age, physical or mental disability, or covered veteran status.
Inquiries and charges of violation of Title VI (race, color, national origin), Title IX (sex), Section 504 (disability), ADA (disability), ADEA (age), sexual orientation, or veteran status should be directed to the (OED). Requests for accommodation of a disability should be directed to the ADA Coordinator at the OED office. Office of Equity and Diversity
Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu


THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

Exhibit J

4

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Wednesday, July 22, 2020 11:19 AM |
| **To:** | Cathy Eppinger (keppingr@bellsouth.net) |
| **Subject:** | FW: New Position - Business Manager "Given" to Amanda Winesburgh - Facilities Planning & Management Department |

**From:** Pou, Laure <Laure-Pou@utc.edu>
**Sent:** Wednesday, July 15, 2020 4:22 PM
**To:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Subject:** RE: New Position - Business Manager "Given" to Amanda Winesburgh - Facilities Planning & Management Department

Hi, Cathy.

I apologize for not replying sooner but I was on the Campus Q & A zoom session when you replied with this additional inquiry. I am called upon to speak frequently in those sessions so I do not monitor my email during these sessions.

I can share that any employee receiving a an offer for a new job, a promotion or a reclassification must meet the qualifications associated with the position they will occupy. When the revised position responsibilities were established for Amanda Winesburgh's role were established, which resulted in a position reclassification, it was determined that Amanda met the qualification requirements for assuming such duties. However, because this was a revision to a current role and not establishing a new position for the organizational unit, a search was not required that would result in soliciting applications and reviewing qualifications of such applicants.

Does this answer your question? I want to be sure I am addressing your concerns thoroughly, which is why I believe a phone call would be best. I noted that you mentioned some previous discussions with Tom regarding opportunities for expanding your role in the unit and you express frustration in a lack of opportunity. I would be happy to speak with you about those concerns to understand how HR can best assist.

Laure

**From:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Sent:** Wednesday, July 15, 2020 3:02 PM
**To:** Pou, Laure <Laure-Pou@utc.edu>
**Subject:** Re: New Position - Business Manager "Given" to Amanda Winesburgh - Facilities Planning & Management Department

This means qualifications and criteria does not apply, correct?

Sent from my T-Mobile 4G LTE Device



P9 51

*Myra Armstrong + Freddy Sturdivant*

**From:** Harmon, Charlene
**Sent:** Monday, January 27, 2020 8:22 AM
**To:** UTCINFO@RAVEN.UTC.EDU
**Subject:** [UTCINFO] Internal Posting – Building Cleaning Custodial Foreman (Requisition #190000028M)

Campus Colleagues,

The Office of Facilities Planning and Management is searching for a **Building Cleaning Custodial Foreman** to join their team.

The purpose of this position is to conduct daily building inspections in order ensure adequate custodial work performance, sufficient distribution of supplies, and proper operation of custodial equipment. Inspection results inform the Superintendent of Building Services of the overall quality of custodial service, unusual conditions, and maintenance issues. This position may also provide supervision in the absence of regular custodial supervisors, train building custodians in proper cleaning methods and standards, deliver supplies, provide emergency custodial response, and perform routine custodial tasks as directed by the Building Services Superintendent.

This internal posting is open to current term and regular UT employees. Please visit the Staff Job Openings page and click on "Apply – Current UT Employees" to view the full job description and apply.

For questions regarding the application process, please contact Charlene Harmon in the Office of Human Resources.

Thank you!

Charlene A. Harmon
Employment Specialist
University of Tennessee at Chattanooga
720 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4760
Fax: (423) 425-4574
charlene-harmon@utc.edu

THE UNIVERSITY OF TENNESSEE
**CHATTANOOGA**
**HUMAN RESOURCES**

*✱ Ms Armstrong shared her Interview Results & Epanger typ/Revised her Resume For the Interview.*

*Exhibit K*



| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Thursday, July 29, 2021 4:00 PM |
| **To:** | Corey, Debby; McGraw, Corey; Charland, Chris; Hodge, Donnie; Eppinger, Cathy |
| **Subject:** | Work Control Coordinator (Taleo Requisition #21000001FK) |

Just an FYI to my direct reports that the department is hiring a Work Control Coordinator. I believe it's posted on Indeed.com and probably other boards too. If you know someone who is qualified and interested in this position, please ask them to apply.

I've posted some info below. I believe it went live on Tuesday.

# Job details

Job Type
Full-time

# Job Description

**Work Control Coordinator, Facilities Planning and Management**

- 21000001FK    *— Clerical Roles- only*

**Work Control Coordinator (Administrative Associate 3 - MR06)**
**Facilities Planning and Management**
**University of Tennessee, Chattanooga**

The Work Control Coordinator is the primary focal point between the campus and the Facilities Department. As such, this position dispenses departmental information to the campus, serves as a liaison between requesters and the Facilities Department often researching request histories, conducting call backs, and supplying shop personnel with needed information. This position also processes the majority of service requests (thousands per year) and ensures that each is prioritized, assigned to the proper shop, accurately entered the computerized maintenance management system (CMMS), and dispatched to the appropriate shop. The coordinator also ensures all labor (time) is entered and assigned to the proper work order. This position supports conventional campus key system; receiving & routing key requests, notifying customers of status, maintaining a record of issued keys, and receiving and dispatching campus keys. This position assists the Work Control Analyst as the backup to the motor pool position when the primary is unavailable; this is done by scheduling, issuing, and receiving rental vehicles to the campus.

**Duties and responsibilities include:**

- Receive, classify, prioritize, and dispatch service calls & work requests received via e-mail, phone, and radio. Ensure accurate work order data is entered into the CMMS system, assigned a tracking number, and is continuously updated. Surveys, compiles, and validates building physical data and work requirements.
- Provide assistance to campus personnel by offering guidance on departmental procedures, work status, and general information regarding the department's role in campus operations. Additionally, act as the liaison between the customer (campus personnel, contractors, etc.) and the shop supervisors. This may require passing information, scheduling events, coordinating access to restricted areas, etc.
- Distribute, receive, process, and file campus key requests. This also involves receiving and distributing campus keys, contacting customers when keys are ready for pick up, and receiving keys when personnel are no longer authorized access.

1

- Process the departmental daily time sheets. This involves attributing the time each employee lists per job to the proper work order number. Again, because errors often occur on time sheets at the shop level, this position is often forced to do a great deal of investigative work and follow up to ensure accurate records are kept within the system.
- Work to progressively improve the facilities services function of the department. This involves continuously working to improve request forms, customer communication, departmental procedures, etc.

**The ideal candidate will possess the following:**

- Experience in advanced clerical training
- Experience in advanced computer skills with a basic understanding of data base operations
- Skilled in data entry - speed and accuracy.
- Critical thinking and decision-making skills; must be able to exercise good judgment during high stress situations.
- Must be experienced dealing with the public in both positive and negative situation.
- Good communication skills, interpersonal skills, and proper business etiquette are a must; this position is a primary representative of the department.
- Must have good organizational skills and the ability to handle multiple tasks simultaneously.

Review of applications will begin on **August 6th** and continue until the position is filled. Applications received by this date will receive priority consideration.

**Minimum Qualifications:**

High School Diploma, and a minimum of 1 year in customer service role

**Preferred Qualifications:**

Working knowledge of computerized maintenance management systems (CMMS), and basic knowledge of building maintenance operations and terminology.

*The University of Tennessee Chattanooga is an EEO/AA/Title VI/Title IX/Section 504/ADA/ADEA institution. All qualified applicants will receive equal consideration for employment and will not be discriminated against on the basis of race, color, national origin, religion, sex, pregnancy, marital status, sexual orientation, gender identity, age, physical or mental disability, or protected veteran status.*

Anthony McClellan
Executive Director of Facilities Operations
The University of Tennessee at Chattanooga



2



| | |
|---|---|
| **From:** | UTC Campus Information <UTCINFO@RAVEN.UTC.EDU> on behalf of Harmon, Charlene <charlene-harmon@utc.edu> |
| **Sent:** | Thursday, December 5, 2019 9:27 AM |
| **To:** | UTCINFO@RAVEN.UTC.EDU |
| **Subject:** | [UTCINFO] Internal Posting – Building Services Supervisor I (Requisition #190000028M) |

Campus Colleagues,

Facilities Planning & Management is searching for a Building Services Supervisor to join their team.

The Building Services Supervisor will conduct daily building inspections in order ensure adequate custodial work performance, sufficient distribution of supplies, and proper operation of custodial equipment. Inspection results inform the Superintendent of Building Services of the overall quality of custodial service, unusual conditions, and maintenance issues. The position may also provide supervision in the absence of regular custodial supervisors, train building custodians in proper cleaning methods and standards, deliver supplies, provide emergency custodial response, and perform routine custodial tasks as directed by the Building Services Superintendent.

This internal posting is open to current term and regular UT employees. Please visit the Staff Job Openings page and click on "Apply – Current UT Employees" to view the full job description and apply.

For questions regarding the application process, please contact Charlene Harmon in the Office of Human Resources. Thanks!

Charlene A. Harmon
Employment Specialist
University of Tennessee at Chattanooga
720 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4760
Fax: (423) 425-4574
charlene-harmon@utc.edu



1

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Sunday, April 3, 2022 11:20 PM |
| **To:** | Corey, Debby; Eppinger, Cathy; Charland, Chris; McGraw, Corey; Hodge, Donnie; Ewing, Chelsie |
| **Subject:** | Re: [UTCINFO] Internal Posting – Facilities Accountant, Facilities, Planning, and Management (ID: 22000000FQ) |

FYI

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** UTC Campus Information <UTCINFO@RAVEN.UTC.EDU> **On Behalf Of** Hall, Dana
**Sent:** Thursday, March 31, 2022 1:35 PM
**To:** UTCINFO@RAVEN.UTC.EDU
**Subject:** [UTCINFO] Internal Posting – Facilities Accountant, Facilities, Planning, and Management (ID: 22000000FQ)



Campus Colleagues,

The Office of Facilities, Planning, and Management is searching for a Facilities Accountant (Financial Associate 2 – MR05) to join their team.

The Facilities Accountant will support Facilities by processing all transfer vouchers, as well as processing all invoices internally. These invoices and transfer vouchers will be for all areas of Facilities including Shops, Grounds, Custodial, Sustainability, Design and Planning, Construction Services, Motor pool, and Work Control. On average Facilities transfers around $350,000.00 monthly both internal and external and processes an average of 6 million dollars of invoices annually. The accountant will be the main point of contact for vendors regarding payment

1

status and other related inquiries as needed and assists with record keeping in accordance with fiscal policy.

This internal posting is open to current term and regular UT employees. Please visit the Staff Job Openings page and click on "Apply – Current UT Employees" to view the full job description and apply.

For questions regarding the application process, please contact Dana Hall in the Office of Human Resources.

Dana Hall

Employment Specialist

Office of Human Resources

720 McCallie Avenue

Chattanooga, TN 37403

423-425-4760

dana-hall@utc.edu



Location

View All J⊍ᴺ
Advanced Seaɿ

Multi-line

⟳

▷ Posting Date

Save this Search

Sort by

Relevancy ⌄ Descending ⌄

| Requisition Title | Location | | Posting Date | Actions |
|---|---|---|---|---|
| Back-End Developer - Haslam College Of Business | US-Tennessᴇ | ᴇᴇ-knoxville | Aug 31, 2021 | Apply |
| Refrigeration Specialist- Division of Biology | US-Tennessᴇ | ᴇᴇ-knoxville | Aug 19, 2021 | Apply |
| Instrument Mechanic- Biology Service Facility | US-Tennessᴇ | ᴇᴇ-knoxville | Aug 2, 2021 | Apply |
| Work Control Coordinator, Facilities Planning and Management | US-Tennessᴇ | ᴇᴇ-Chattanooga | Jul 27, 2021 | Apply |

"CLERICAL Role"

Location

Field

JobSchedule

Location

Exhibit K

12/31/2020 *Beginning of Harassment*

Cathy - c'mon now

you're not in trouble

nothing bad is happening

12/31/2020 3:29 PM
Why the phone call, why?

McClellan, Anthony  12/31/2020 3:29 PM
Because I wanted to talk to you,. . . .that's why i call

please relax

12/31/2020 3:29 PM
about what

McClellan, Anthony  12/31/2020 3:30 PM
you said you didn't want to talk today.  and that's okay

12/31/2020 3:30 PM
Thanks, Anthony

McClellan, Anthony  12/31/2020 3:30 PM
have a Happy New Year.
will talk to you soon

*Exhibit*
Q

63



P957

do you know if Kelsey is in the office?

been trying to reach her

12/31/2020 3:11 PM
Hi there, I cannot get in locked

Mr. Wells do not own a key

McClellan, Anthony   12/31/2020 3:11 PM
shoot

I can call you at your desk

if that's okay . . . . I just try to be sensitive

12/31/2020 3:21 PM
What is going on, please?

That phone call just ruin my Happy New Year.

McClellan, Anthony   12/31/2020 3:28 PM
Cathy - c'mon now

you're not in trouble

nothing bad is happening

64

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Thursday, December 31, 2020 5:45 PM |
| **To:** | Brown, Julie |
| **Subject:** | Re: What is going on??? |

Thank you, I feel so much better.

Sent from my T-Mobile 4G LTE Device

*( Interrogation ... Instead )*
*CL*

-------- Original message --------
From: "Brown, Julie" <julie-g-brown@utc.edu>
Date: 12/31/20 3:53 PM (GMT-05:00)
To: "Eppinger, Cathy" <Cathy-Eppinger@utc.edu>
Subject: Re: What is going on???

Cathy, Anthony wants to provide clarification about a few things that have occurred. He wants to build a positive working relationship based on communication and transparency. He's in your corner and supports you. I look forward to seeing you next week.

Thanks,
Julie

Get Outlook for iOS

---

**From:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Sent:** Thursday, December 31, 2020 3:33:21 PM
**To:** Brown, Julie <julie-g-brown@utc.edu>
**Subject:** What is going on???

Please tell me, what was the phone call regarding, please tell me?

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu


THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA

1




## THE UNIVERSITY OF TENNESSEE
# CHATTANOOGA

**Assistant Vice Chancellor for Operations**
Dept 3553
615 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4687
Fax: (423) 425-4533
www.utc.edu

## MEMORANDUM

**TO:**      Cathy Eppinger, Administrative Specialist III

**FROM:**   Anthony McClellan, Executive Director of Facilities Operations

**SUBJ:**   Final Written Warning

**DATE:**   April 16, 2021

The University expects all staff members to adhere to University/department policy, follow directives from their supervisor, exemplify sound decision-making and professionalism, and manage our resources conscientiously. These responsibilities are essential to our mission in serving students, as well as the University community and public.

Several specific instances have been brought to my attention where you violated *UT System Policy HR0580 – Code of Conduct*, which states that employees are expected to be committed to creating an environment that promotes fair treatment and respect for others. It also states that employees are expected to treat one another in an honest and respectful manner. Below is a summary of concerns regarding your pattern of inappropriate behavior:

On July 15, 2020, you emailed Dr. Richard Brown and shared your concerns regarding Amanda Winesburgh's promotion in place. Several individuals were copied on that email in which you shared harsh words about Amanda. There was also language that could have been interpreted as threatening. On August 12, Tom Ellis, Laure Pou, Julie Brown and I met with you to hear your concerns and get clarification about the intent of your email to Dr. Brown. We provided additional information about Amanda's position and expressed the inappropriateness of your email. We also asked that you find more appropriate ways to seek information and/or address any concerns that you may have. You were informed that this conversation was intended to better understand your concerns and support you moving forward, but any future instances of perceived threatening language or behavior would not be tolerated.

*[handwritten: McClellan was not in this mtg]*

*[handwritten: untrue / dates made up]*

On December 17, 2020, I became concerned about behavior I observed in which you exhibited inappropriate and unprofessional behavior toward me. Your behavior at times was overtly disrespectful without provocation. After unsuccessfully trying to address my concerns directly with you, you and I met with Human Resources Employee Relations Manager Julie Brown on January 8, 2021. We discussed the behaviors at issue, and we set clear expectations about professional conduct and respectful working relationships with your co-workers. It was my hope that no further incidents of this nature would occur.

*i/on trove*
*Mcclellan Of*
*Office 64*
*feet For*
*Winesburgh*

However, I learned that you had an encounter with Amanda Winesburgh in February 2021 in which you aggressively questioned her about the new phone in her office. As was subsequently explained to you, Amanda's office had been recently renovated and a new phone had been installed in accordance with the renovation plans. Amanda did not ask for a new phone nor had any involvement with the decision to install the new phone. Yet, instead of addressing your questions and concerns about the new phone with me, you confronted Amanda in an inappropriate and accusatory manner, which created an uncomfortable environment. Any concerns that you have, particularly those involving department policies and procedures, should be discussed with me directly.

Following the February 2021 incident and careful consideration of the previous efforts to informally address your inappropriate behavior without success, in March 2021, I began collaborations with the Office of Human Resources to formally address your ongoing pattern of inappropriate behavior in violation of the *Employee Code of Conduct*. Although regrettable, it was hoped that formal disciplinary action would reiterate the serious nature of your actions and the required change in your work-related behavior necessary to ensure a successful work environment. I wanted, however, to speak with you about the February 2021 incident involving your encounter with Amanda before moving forward with a Written Warning pursuant to the progressive disciplinary process outlined in *UT Policy HR0525 – Disciplinary Action.* But when I raised the matter during our meeting on April 15, you again engaged in behavior that was extremely inappropriate. You responded to my inquiries in a very disrespectful manner, including stating "every day you walk in here with your face in your butt, and you're supposed to be an example." This behavior is unacceptable and further demonstrates an inability to exercise sound professional judgement and communicate your concerns properly. This incident was documented with Human Resources on the same date.

You continue to express your concerns inappropriately and display unprofessional behavior, which violates the expectation that you communicate professionally and respectfully with all staff members. Due to your extremely unprofessional and disrespectful behavior on April 15, this formal disciplinary letter is being elevated to a Final Written Warning pursuant to *UT Policy HR0525 – Disciplinary Action,* and it will be documented in your personnel file with the Office of Human Resources. Any further instances of unsatisfactory work performance or work-related behavior of this nature may result in further disciplinary action, up to and including immediate termination. You are a valuable member of the department, and for this reason, we regret that this action is necessary.

*Mcclellan*
*was unprofessional*
*As he prove*
*Lengthoke*
*killed*

By signing below, you acknowledge receipt of this memo and understand that failure to comply with UT Policies may lead to a continuation of the progressive disciplinary process, up to and including immediate termination.

_____          _____
Employee Signature                                         Date

cc: Human Resources

| From: | Winesburgh, Amanda Winesburgh |
|---|---|
| Sent: | Monday, April 12, 2021 9:28 AM |
| To: | West, Danny; Charland, Chris; Pratt, Brandon; Eppinger, Cathy; Hodge, Donnie; Tyler, Kenny; Wells, Michal; Ewing, Chelsie; Ellis, Tom M; Stephens, Linda Sue; McClellan, Anthony; Corey, Debby; Flood, Kelli; Darger, Lisa; Henry, Rob; Battles, Kelsey |
| Subject: | Update on New Phones - FW: New Phones -Install Tomorrow |

Good morning , it seems we have some issues with the new phones that were installed last week. I just got off the phone with telecom and they will work on getting this resolved before lunch time today.

Thank you for your patience,
Amanda

**From:** Winesburgh, Amanda Winesburgh
**Sent:** Wednesday, April 7, 2021 11:05 AM
**To:** West, Danny <Danny-West@utc.edu>; Charland, Chris <Chris-Charland@utc.edu>; Pratt, Brandon <brandon-pratt@utc.edu>; Eppinger, Cathy <Cathy-Eppinger@utc.edu>; Hodge, Donnie <Donnie-Hodge@utc.edu>; Tyler, Kenny <kenny-tyler@utc.edu>; Wells, Michal <Michal-Wells@utc.edu>; Ewing, Chelsie <Chelsie-Ewing@utc.edu>; Ellis, Tom M <Tom-Ellis@utc.edu>; Stephens, Linda Sue <Linda-Stephens@utc.edu>; McClellan, Anthony <anthony-mcclellan@utc.edu>; Corey, Debby <Debby-Corey@utc.edu>; Flood, Kelli <Kelli-Flood@utc.edu>; Darger, Lisa <Lisa-Darger@utc.edu>; Henry, Rob <Robert-J-Henry@utc.edu>; Battles, Kelsey <kelsey-everett@utc.edu>
**Subject:** New Phones -Install Tomorrow

Good morning , I wanted to give everyone a heads up that you will be getting a new phone installed tomorrow by Telecom between the hours of 9-12. You will not need to be present for them to do this, and they will email everyone instructions on how to work the phone after the install. Each individual phone will take 10-15 minutes.

Have a great day, and let me know if you have any questions.

*Amanda Winesburgh*
*Business Manager – Facilities Planning & Management*
*Administrative Service Building –Office #228K*
*Email: amanda-winesburgh@utc.edu*
*Office Phone# 423-425-5744*
*Dept# 3553*

1

**From:** Eppinger, Cathy
**Sent:** Tuesday, July 5, 2022 2:04 PM
**To:** Pou, Laure
**Subject:** RE: Complaint


I have a doctor's appointment on this day.

**From:** Pou, Laure <laure-pou@utc.edu>
**Sent:** Thursday, June 30, 2022 2:54 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Complaint

Hi, Cathy.

I apologize for the delay in getting back with you. After further consideration of what you have shared with me most recently, I think it would be best for Tom Ellis to join our meeting so you have an opportunity to engage him directly with the questions you have raised and the materials you have compiled. Given that you have shared that you also view Tom as a support to you during this time, I am hopeful a collective discussion with the three of us will be most helpful. Would you be available to meet next Thursday-July 7 at 4pm in Tom's office?

Regarding your question about sharing your concerns with your performance review and performance improvement plan more broadly, I am hopeful that the options I have outlined for you will enable review of the concerns you have brought forward through engagement of your division leadership (e.g., Tom Ellis, etc.). These interactions may help to provide clarity among questions you have posed and also review the documentation you have brought forward. I would recommend we walk through the suggested resources to determine what concerns remain for you following these discussions. However, employees do not need to seek approval to engage members of University leadership so you are welcome to communicate further with any individual or entity desired. Because you have identified Tom Ellis as a support resource for you, you may wish to begin your conversations with Tom and engage Interim Vice Chancellor Vicki Farnsworth as desired moving forward at this time.

Let me know if you will be able to meet next week.

Laure


**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Thursday, June 23, 2022 8:13 AM
**To:** Pou, Laure <laure-pou@utc.edu>
**Subject:** RE: Complaint
**Importance:** High


Good morning Laure,



that you indicated disagreement with or requested additional information. Once this conversation takes place, if you still have concerns with the information sited in your performance evaluation you may request an administrative review from Tom Ellis or submit a rebuttal to Human Resources for record. I would be happy to continue to join these discussions with Anthony to support you.

Please let me know how you would like to proceed at this time and if it would be helpful to schedule a call to discuss further.

Laure



**Eppinger, Cathy**

| | |
|---|---|
| **From:** | UTC Campus Information <UTCINFO@RAVEN.UTC.EDU> on behalf of Faires, Jennifer |
| **Sent:** | Monday, June 13, 2022 1:29 PM |
| **To:** | UTCINFO@RAVEN.UTC.EDU |
| **Subject:** | [UTCINFO] Reminder: Join Academic Affairs for an Appreciation Brunch - Updated Location - Tennessee Room, University Center |

Good afternoon,

For your safety and comfort during the hot, humid weather, we have relocated this week's Wednesday brunch to the Tennessee Room in the University Center. We look forward to seeing you there!



# The Academic Affairs Team invites you to join us for Brunch
# Wednesday, June 15, 2022
# 9 - 11 am
# Tennessee Room, University Center

**RSVP Here**

Case 1:21-cv-00268-KAC-CHS   Document 38-1   Filed 07/07/22   Page 131 of 160   PageID #: 559



| | |
|---|---|
| **From:** | Winesburgh, Amanda Winesburgh |
| **Sent:** | Thursday, April 15, 2021 9:29 AM |
| **To:** | Eppinger, Cathy |
| **Subject:** | 2 New Bi-Weekly Payroll Staff |

Good morning Cathy , I wanted to update you on the two new hires that will be turning in bi-weekly payroll to you moving forward. The first entry for ▇▇▇ was done by me when you were out the other week, and this most recent one she didn't sign until this Monday and I had thought you had already keyed all the bi-weekly time so I entered hers and ▇▇▇▇ I have let them both know that they need to have their time sheets in the Friday before the pay period ends and will make sure that Danny knows to sign these and get them to you to be entered.

- ▇▇ ▇▇ (Personne▇ ▇ositio: ▇ Temp/ Consultant – E047201 $50.00 hourly - reports to Danny West
- ▇▇▇ ▇(Personnel▇ / Position ▇) Facilities Student Assistant –E047201 $12.00 hourly – reports to Danny West

In the future when there are new people being brought on board I will email you as soon as they are active in IRIS, and will direct them to you for time sheet instructions if that works best for you ?

Thanks so much,

Amanda

*Pls. Note:*

— This Monday, April 12, 2021, SEE Eppinger timesheet Eppinger worked 8 hours on this Day.

— Stephens' Responsibility is to notify Eppinger New employees, and according to Eppinger Stephens' Notified via phone

— Latest to Enter Time is Wednesday, all Addresses the above of this.

1

# Biweekly Time Report

Employee Name: _Cathy Eppinger_
Personnel Number:
Weekly Work Hours: _40.0_

Pay Period Ending: 4/25/2021
Cost Center/WBS: E047201
Position:
Rate / hour:

| Week # 1 Attend/Absence | 12-Apr Mon | 13-Apr Tues | 14-Apr Wed | 15-Apr Thurs | 16-Apr Fri | 17-Apr Sat | 18-Apr Sun | Total |
|---|---|---|---|---|---|---|---|---|
| RG1 | 8 | 7 | 8 | 8 | 8 | | | 39 |
| CBT | | 1 | | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total: | 8 | 8 | 8 | 8 | 8 | 0 | 0 | 40 |

| Week # 2 Attend/Absence | 19-Apr Mon | 20-Apr Tues | 21-Apr Wed | 22-Apr Thurs | 23-Apr Fri | 24-Apr Sat | 25-Apr Sun | Total |
|---|---|---|---|---|---|---|---|---|
| RG1 | 8 | 8 | 8 | 8 | 8 | 0 | 0 | 40 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total: | 8 | 8 | 8 | 8 | 8 | 0 | 0 | 40 |

**Absence Types** — x = shift indicator (1,2,3)

| | | | |
|---|---|---|---|
| ACx | Admin Close (Scheduled) | DHx | Deferred Holiday |
| UACx | Admin Close (Unscheduled) | HLx | Holiday |
| ALx | Annual Leave | MLx | Military Leave |
| FLx | Bereavement Leave | PDx | Personal Day |
| CTOx | Compensatory Time Off | SLx | Sick Leave |
| CLy | Court Leave | VLx | Voting Leave |

**Special Pay Units**

| Code | Units |
|---|---|
| YCL2 | Call Pay – 2 |
| YCLB | Call Pay – B |
| YCLF | Call Pay – F |
| YCLI | Call Pay – I |
| YCLJ | Call Pay – J |
| YCLK | Call Pay – K |
| YCLL | Call Pay – L |
| YCLS | Call Pay – S |
| YCLT | Call Pay – T |
| ZCGM | Charge Pay – |

**Attendance Types**

| Code | Units |
|---|---|
| CTBx | Comp Time Banked |
| FML | Family Medical Leave |
| RGx | Regular Hours |
| WKCR | Workers Comp |

**Notes:**

1) Report all time in hours and hundredths of hours.
2) Use decimals rather than fractions.
3) This report should include absence and attendance hours only for this position.
4) Account for all hours in the employee's normal work day and work week.

The above is a true statement of hours for attendances/absences for the University of Tennessee for the weeks ending on the dates listed above. Signed and certified to be correct.

Employee Signature _____ Date _4/26/21_

Departmental Approver _____ Date _05/03/21_



## Eppinger, Cathy

**From:** Perutelli, Freddie
**Sent:** Tuesday, May 11, 2021 12:09 PM
**To:** Eppinger, Cathy
**Subject:** RE: Bi-weekly Time Sheets

Good afternoon Cathy,

The time sheets should be approved by 10:30am, 11:00am at the absolute latest.

Thank you,

Freddie Perutelli
Total Compensation Specialist
University of Tennessee at Chattanooga
720 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4473
Fax: (423) 425-4574



**From:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Sent:** Tuesday, May 11, 2021 11:34 AM
**To:** Perutelli, Freddie <freddie-perutelli@utc.edu>
**Subject:** Bi-weekly Time Sheets

Hi Freddie,
What is the latest to have time sheets approved on Wednesday?

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu



1

**From:** Betters, Jean
**Sent:** Wednesday, May 25, 2022 9:29 AM
**To:** Wood, David
**Cc:** UTC, Facilities Planning - Work Control
**Subject:** RE: Request to reserve the conference room on the second floor of Admin


Good morning Mr. Wood---

I have reserved the conference room, 202, for your meeting.
Thank you!

Jean Betters, MSIS
Work Control Coordinator
Facilities Planning and Management
400 Palmetto Street, Dept. 3553
Chattanooga, TN 37403
Office: (423) 425-2254

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Wednesday, May 25, 2022 9:18 AM
**To:** Betters, Jean <bqy322@tennessee.edu>
**Subject:** FW: Request to reserve the conference room on the second floor of Admin

Good morning Jean,
If possible, please assist Mr. Wood as you assisted Michelle Prince with conference room
reservations.

**From:** Wood, David <david-wood@utc.edu>
**Sent:** Wednesday, May 25, 2022 8:53 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Request to reserve the conference room on the second floor of Admin

Good morning, Cathy,

The IT Infrastructure team would like to request to use the conference room on the 2nd floor of
Admin from 1:00-2:30 today. Is that something you can assist me with?

Best,

**David Wood | IT Admin/Analyst**

**The University of Tennessee Chattanooga**

423-425-2727 (office) **|** david-wood@utc.edu

**From:** Eppinger, Cathy
**Sent:** Thursday, May 27, 2021 12:00 PM
**To:** Henry, Rob
**Subject:** RE: Conference room needed

You are welcome.

**From:** Henry, Rob <Robert-J-Henry@utc.edu>
**Sent:** Thursday, May 27, 2021 11:59 AM
**To:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Subject:** RE: Conference room needed

Thank you Cathy.

Rob Henry

**From:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Sent:** Thursday, May 27, 2021 11:54 AM
**To:** Henry, Rob <Robert-J-Henry@utc.edu>
**Subject:** RE: Conference room needed

Hi Rob,
Yes, I have you locked in, and you own the conference room on June 9, 2021 from 10am - noon.

**From:** Henry, Rob <Robert-J-Henry@utc.edu>
**Sent:** Thursday, May 27, 2021 11:49 AM
**To:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Subject:** Conference room needed
**Importance:** High

Cathy,
Can we schedule the conference room please on June 9th at 10:00am to 12PM?

Thank you,

Rob Henry
University of Tennessee at Chattanooga
Construction Services
O. 423-425-5969
C. 423-298-3102

Thanks & Happy Monday,
Amanda

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Friday, October 29, 2021 3:05 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Conference Room

Thanks.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Friday, October 29, 2021 3:03 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** RE: Conference Room

Great , thanks so much.

If I don't see you before you leave have a great weekend (It's suppose to rain most of the weekend and I know you love the rain!)

**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Friday, October 29, 2021 2:55 PM
**To:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Subject:** RE: Conference Room

Hi Amanda,
I have you in for Monday, November 1st 10:30am-11:30am.

**From:** Winesburgh, Amanda <amanda-winesburgh@utc.edu>
**Sent:** Friday, October 29, 2021 1:21 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Conference Room

Hello Cathy , can you let me know if I can book the conference room Monday (11/1) from 10:30-11:30 for a TMA process meeting ?

Thanks so much,
Amanda



**From:** McClellan, Anthony
**Sent:** Tuesday, November 16, 2021 3:13 PM
**To:** Eppinger, Cathy
**Subject:** RE: Conference Room

Thanks.

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Sent:** Tuesday, November 16, 2021 3:09 PM
**To:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Subject:** RE: Conference Room

Done

**From:** McClellan, Anthony <anthony-mcclellan@utc.edu>
**Sent:** Tuesday, November 16, 2021 1:40 PM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Conference Room

I need to use the conference room on Monday, from 2:00pm-3:00pm.
Can you reserve it for me?

Anthony McClellan
Executive Director, Facilities Planning & Operations
The University of Tennessee at Chattanooga



**From:** Eppinger, Cathy
**Sent:** Thursday, September 9, 2021 4:35 PM
**To:** Tyler, Kenny
**Cc:** Parks, Matthew
**Subject:** RE: elevator meeting- conference room

Hi Kenny,
Yes, I have you scheduled for Monday September 27th, from 10:30- 12pm.

**From:** Tyler, Kenny <kenny-tyler@utc.edu>
**Sent:** Thursday, September 9, 2021 4:04 PM
**To:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Cc:** Parks, Matthew <matthew-parks01@utc.edu>
**Subject:** FW: elevator meeting- conference room

Cathy,

Can you schedule the Conference Room for me on Monday, September 27th, from 10:30-12pm?

Thanks,

Kenny

**From:** Tyler, Kenny
**Sent:** Thursday, September 9, 2021 4:03 PM
**To:** Parks, Matthew <mparks01@utk.edu>
**Subject:** RE: elevator meeting- conference room

I will get it scheduled with her.  thanks

**From:** Parks, Matthew <mparks01@utk.edu>
**Sent:** Thursday, September 9, 2021 4:01 PM
**To:** Tyler, Kenny <kenny-tyler@utc.edu>
**Subject:** elevator meeting- conference room

I poked my head in a couple of times to try to schedule the conference room, but she hasn't been around.  I have to drive across town now, anyway you can schedule it for our meeting?  Or if you have her email, that'd probably be helpful for future stuff.

**Matthew B. Parks, AIA, NCARB**
Staff Architect / Project Manager



THE UNIVERSITY OF
**TENNESSEE**
SYSTEM

**From:** Eppinger, Cathy
**Sent:** Friday, February 25, 2022 8:53 AM
**To:** West, Danny
**Subject:** FW: Conference Room Reservation Confirmation

Good morning Danny,
Final....it is reserved. See below ☺

**From:** UTC Spaces <Spaces@utc.edu>
**Sent:** Friday, February 25, 2022 8:52 AM
**To:** Eppinger, Cathy <cathy-eppinger@utc.edu>
**Subject:** Conference Room Reservation Confirmation

Greetings!

We are pleased to confirm your reservation! Below you will find the details of your request. If you need to to change or cancel Click Here. All of your requests can be managed under the "My Events" section of Virtual EMS.

Reservation ID: 215957
Group: Facilities Planning and Managerment

| Date | Start | End | Building | Room | Status |
|------|-------|-----|----------|------|--------|
| 2/28/2022 | 11:00 AM | 12:00 PM | Administrative Services | Admin 202 | Confirmed Reservation |

This is an automatically generated confirmation. If you have general questions about VirtualEMS, check out our Knowledge Base for walkthroughs and answers to FAQs.

If you have any additional information that you think will help us to assist you, please feel free to reply to this email.



**Eppinger, Cathy**

| | |
|---|---|
| **From:** | McClellan, Anthony |
| **Sent:** | Tuesday, August 17, 2021 2:20 PM |
| **To:** | Chesnutt, Joey; Hood, Kenneth; Eppinger, Cathy; Battles, Kelsey; Winesburgh, Amanda Winesburgh; Stephens, Linda Sue |
| **Cc:** | Corey, Debby |
| **Subject:** | Motorpool Invoices |

Good afternoon,

This is a heads up that I've authorized Debby Corey to enter Motorpool invoices directly into IRIS for payment. Also, in anticipation of the department making much needed revisions to our invoicing processes, I've advised Debby to refrain from using FPM Ledgers to log these invoices.

Thanks and let me know if you have any questions.

Anthony McClellan

Executive Director of Facilities Operations

The University of Tennessee at Chattanooga



THE UNIVERSITY OF TENNESSEE
CHATTANOOGA



**Eppinger, Cathy**

| | |
|---|---|
| **From:** | McClellan, Anthony <anthony-mcclellan@utc.edu> |
| **Sent:** | Tuesday, October 5, 2021 2:22 PM |
| **To:** | Corey, Debby; McGraw, Corey; Hodge, Donnie; Charland, Chris; Eppinger, Cathy |
| **Cc:** | Ellis, Tom M |
| **Subject:** | HR items in IRIS |

Good afternoon,

Just a heads up.  All new hire paperwork, extended leaves, and terminations as entered in IRIS will be routed thru Amanda for processing.  This is an item for which Mrs. Sue previously had positional authority over.  The Business Manager will have responsibility for performing this function going forward.  This was a directive given to me by Tom during last Wednesday's staff meeting. . . . . I realized on Monday that I had forgotten to relay this.  This mostly affects Corey, due to his departmental structure, and Cathy because she assisted Mrs. Sue in accomplishing this item.  All the other HR items will follow their normal course.

Let me know if you have any questions.

Anthony McClellan
Executive Director of Facilities Operations
The University of Tennessee at Chattanooga



1



| | | |
|---|---|---|
| AkitaJohnson_BuildinSvs.pdf | 11/26/2019 5:00 PM | Adobe Acrobat D... | 52 KB |
| Bereavement_McGraw.pdf | 3/18/2019 2:30 PM | Adobe Acrobat D... | 430 KB |
| Building ServiceTimeOff.docx | 2/22/2019 9:33 AM | Microsoft Word D... | 12 KB |
| ChantalSmith_Building Services.pdf | 12/19/2019 5:37 PM | Adobe Acrobat D... | 435 KB |
| ChantalSmith_BuildinSvs.docx | 11/26/2019 5:40 PM | Microsoft Word D... | 15 KB |
| CherylMoore_FootSurgeryBService.pdf | 11/27/2017 3:46 PM | Adobe Acrobat D... | 22 KB |
| CMcCRAW_Mr. FPierce.pdf | 10/10/2018 11:12 ... | Adobe Acrobat D... | 269 KB |
| Corey McGraw.pdf | 6/16/2017 9:03 AM | Adobe Acrobat D... | 58 KB |
| Corey.docx | 8/10/2018 8:21 AM | Microsoft Word D... | 14 KB |
| Corey_Employee.docx | 4/5/2018 5:07 PM | Microsoft Word D... | 8 KB |
| CoreyMcGRaw_JOhnson.docx | 2/13/2018 11:09 A... | Microsoft Word D... | 14 KB |
| CoreyMcGraw_LetterHead.docx | 5/1/2017 10:22 AM | Microsoft Word D... | 16 KB |
| CoreyMcGraw_LetterHead.pdf | 5/1/2017 9:59 AM | Adobe Acrobat D... | 62 KB |
| CoreyMcGraw_Supervisor.pdf | 6/9/2017 2:16 PM | Adobe Acrobat D... | 873 KB |
| Corey's Copy.pdf | 6/10/2020 9:21 AM | Adobe Acrobat D... | 57 KB |
| DagbirSeke_BuildingSvs.pdf | 6/21/2019 3:51 PM | Adobe Acrobat D... | 290 KB |
| DonnaRobinson_BuildingSvs.pdf | 6/21/2019 3:50 PM | Adobe Acrobat D... | 320 KB |
| FinalWrittenWarnings_GloriaAdams.pdf | 10/8/2018 2:11 PM | Adobe Acrobat D... | 306 KB |
| FrankP._McGraw.pdf | 3/5/2019 12:34 PM | Adobe Acrobat D... | 159 KB |
| Hazelray_BuildingSvs.pdf | 10/4/2019 5:29 PM | Adobe Acrobat D... | 83 KB |
| HazelrayK_BuildingSvs.docx | 10/7/2019 8:21 AM | Microsoft Word D... | 15 KB |
| HudsonLBUIDSERV.docx | 10/14/2019 11:52 ... | Microsoft Word D... | 15 KB |
| HudsonLBUIDSERV.pdf | 10/14/2019 11:42 ... | Adobe Acrobat D... | 67 KB |
| HudsonLBuildServCorrection.docx | 10/14/2019 11:56 ... | Microsoft Word D... | 19 KB |
| JanaQuinn_FMLA.pdf | 12/17/2019 10:15 ... | Adobe Acrobat D... | 82 KB |
| JasonGamble_CMcGraw.pdf | 12/13/2017 2:00 PM | Adobe Acrobat D... | 15 KB |
| LanetteHudson_BuildingSvs.pdf | 6/21/2019 3:50 PM | Adobe Acrobat D... | 333 KB |
| MarlonCarter_BuildingSvs.pdf | 6/21/2019 3:51 PM | Adobe Acrobat D... | 299 KB |
| McCraw_Supervisor.pdf | 1/5/2018 2:45 PM | Adobe Acrobat D... | 30 KB |
| MyraArmstrong_BuildingSvs.docx | 2/23/2022 10:00 A... | Microsoft Word D... | 9 KB |
| MyraArmstrong_BuildingSvs.pdf | 2/23/2022 9:59 AM | Adobe Acrobat D... | 71 KB |
| REllis.docx | 4/30/2021 10:11 A... | Microsoft Word D... | 14 KB |

Disciplinary letters to

UTC Letter head From

2015 - 2022 → Remand Feb 23, 2022

| Kellis.docx | 4/30/2021 10:11 A... | Microsoft Word D... | 14 KB |
| RoyKeith_BuildingSvs_McGraw.pdf | 1/21/2022 4:06 PM | Adobe Acrobat D... | 316 KB |
| SheridonYSmith_Retrirement_NOTIFICATI... | 12/4/2017 10:05 A... | Adobe Acrobat D... | 108 KB |
| SmithC_BUIDSERV.docx | 10/14/2019 12:09 ... | Microsoft Word D... | 15 KB |
| SmithC_BUIDSERV.pdf | 10/14/2019 11:43 ... | Adobe Acrobat D... | 67 KB |
| TenishaHudgins_BuildinSvs.docx | 11/26/2019 5:35 PM | Microsoft Word D... | 14 KB |
| WD_McGraw.docx | 6/16/2017 9:06 AM | Microsoft Word D... | 14 KB |
| YorkVance_BuildingSvs.pdf | 6/24/2019 5:09 PM | Adobe Acrobat D... | 318 KB |



EC

Eppinger, Cathy <Cathy-Eppinger@utc.edu>

To **Brown, Julie**
Cc McGraw, Corey

Mon 6/24/2019 5:13 PM

↩ Reply    ↞ Reply All    → Forward    ⋯



YorkVance_BuildingSvs.pdf
318 KB  ∨

Hi Julie,

Sent on behalf of Mr. McGraw.

attachment

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu

Process Disciplium before

Removed March 3, 2021

See Next 4 page or

Process by Eppinger

Department - Building Services

EC

Eppinger, Cathy <Cathy-Eppinger@utc.edu>

To  Brown, Julie
Cc  McGraw, Corey

↩ Reply    ⇜ Reply All    → Forward

Fri 6/21/2019 3:54 PM

⋯



📄 DagbirSeke_BuildingSvs.pdf ﹀
   290 KB

📄 MarionCarter_BuildingSvs.pdf ﹀
   299 KB

📄 DonnaRobinson_BuildingSvs.pdf ﹀
   320 KB

📄 LanetteHudson_BuildingSvs.pdf ﹀
   333 KB

Julie,

Per your request, please see attachments. Sent on behalf of Mr. McGraw, supervisor.

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu



EC

Eppinger, Cathy <Cathy-Eppinger@utc.edu>
To  Brown, Julie
Cc  McGraw, Corey

↩ Reply   ↩ Reply All   → Forward

Thu 12/19/2019 5:41 PM

...

📄 AkitaJohnson_Building Services.pdf
273 KB   ⌄

📄 ChantalSmith Building Services.pdf
435 KB   ⌄

Hi Julie,

Per your request, please see attachments.

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu



THE UNIVERSITY OF
TENNESSEE
CHATTANOOGA



Akita Johnson - Building Services

Eppinger, Cathy <Cathy-Eppinger@utc.edu>

To **Brown** Julie
Cc McGraw, Corey

Reply | Reply All | Forward

Tue 5/28/2019 4:11 PM

JohnsonAkita_BuildingServices.pdf
277 KB

Hi Julie,

Per your request, please see attachment.

Thanks,

Cathy Eppinger
Administrative Assistant III
Facilities Planning & Management
615 McCallie Avenue, Dept. 3553
Chattanooga, Tennessee 37403
Phone: 423-425-4018 Fax: 423-425-4749
Cathy-Eppinger@utc.edu





Pg 75



Fri 4/6/2018 12:48 PM

Construction Invoices Received from any
Dirty duties

See Next 2 pages

**Results**

By Date ∨    →

**Older**

UTC, Accounting Servi...
Invoice - P& C Constructions
Accounting Services,  Per your    📎    5/24/2019

UTC, Accounting Servi...
INVOICE - P&C Constructions
Accounting Services,  Per your    📎    7/17/2017

UTC, Accounting Servi...
INVOICES - P&C Construction
Accounting Services,  Per your    📎    5/25/2017

---

# Invoice - P& C **Constructions**

EC    Eppinger, Cathy <Cathy-Eppinger@utc.edu>
To  UTC, Accounting Services



📄 P&C_Constructions_180153.pdf ∨
207 KB

Accounting Services,

Per your request, please see attachment.

Thanks,

↩ Reply

⌄ Older

**UTC, Accounting Servi...**    📎
Invoice - P& C Constructions    5/24/2019
Accounting Services,  Per your

**UTC, Accounting Servi...**    📎
INVOICE - P&C Constructions    7/17/2017
Accounting Services,  Per your

**UTC, Accounting Servi...**    📎
INVOICES - P&C Construction    5/25/2017
Accounting Services,  Per your

EC    Eppinger, Cathy <Cathy-Eppinger@utc.edu>
To  UTC, Accounting Services

📄 **P&C_Constructions_180153.pdf**  ⌄
207 KB

**Accounting Services,**
**Per your request, please see attachment.**

**Thanks,**

| | |
|---|---|
| **From:** | Eppinger, Cathy |
| **Sent:** | Friday, November 5, 2021 9:59 AM |
| **To:** | keppingr@bellsouth.net |
| **Subject:** | FW: Employee Resignation - FW: Termination of Bean, Joshua J was approved. |

-----Original Message-----
From: Winesburgh, Amanda Winesburgh <Amanda-Winesburgh@utc.edu>
Sent: Tuesday, October 5, 2021 12:26 PM
To: Eppinger, Cathy <Cathy-Eppinger@utc.edu>
Subject: RE: Employee Resignation - FW: Termination of Bean, Joshua J was approved.

I entered this directly in IRIS ,but also sent HR a copy of the resignation to Sara Harper via email.

-----Original Message-----
From: Eppinger, Cathy <Cathy-Eppinger@utc.edu>
Sent: Tuesday, October 5, 2021 11:32 AM
To: Winesburgh, Amanda Winesburgh <Amanda-Winesburgh@utc.edu>
Subject: RE: Employee Resignation - FW: Termination of Bean, Joshua J was approved.

Who completed the termination?          *Any the time I question encroachment Duties are Removed; and given to Winesburgh.*

-----Original Message-----
From: Winesburgh, Amanda Winesburgh <Amanda-Winesburgh@utc.edu>
Sent: Tuesday, October 5, 2021 11:27 AM
To: Eppinger, Cathy <Cathy-Eppinger@utc.edu>
Subject: Employee Resignation - FW: Termination of Bean, Joshua J was approved.

Hello Cathy , I just wanted to let you know that Joshua J Bean (P# 408189) in the Central Energy plant resigned on October 1st. He has already been terminated in IRIS but I thought you should know so you won't be looking for a time sheet from him. We will be re-posting this job soon so hopefully Donnie will be able to replace is position quickly.

Thanks ,
Amanda

-----Original Message-----
From: Workflow System <WF-BATCH@tennessee.edu>
Sent: Tuesday, October 5, 2021 11:23 AM
To: Amanda Atkins-Winesburgh <BXD665@tennessee.edu>
Subject: Termination of Bean, Joshua J was approved.

The Termination Request Form for Bean, Joshua J has been fully approved and processed.

1

## Eppinger, Cathy

**From:** Workflow System <WF-BATCH@tennessee.edu>
**Sent:** Thursday, September 16, 2021 9:38 AM
**To:** Ellis, Tom M; Eppinger, Cathy
**Subject:** Termination of Sanders, Roland Edward rejected.

The Termination Form for Sanders, Roland Edward was rejected by Wharton, Angela Riggins for the following reason:

The retirement date for this employee with TCRS is 9/1/2021. Last paid date worked/paid should be 08/31/2021. Thanks.

| | |
|---|---|
| **From:** | Workflow System <WF-BATCH@tennessee.edu> |
| **Sent:** | Thursday, September 16, 2021 10:27 AM |
| **To:** | Eppinger, Cathy |
| **Subject:** | Termination of McConnell Jr, Christopher Edward wa |

The Termination Request Form for McConnell Jr, Christopher Edward has been fully approved and processed.

1

| | |
|---|---|
| **From:** | Eppinger, Cathy <Cathy-Eppinger@utc.edu> |
| **Sent:** | Friday, April 9, 2021 8:44 AM |
| **To:** | McDonough, Brandon; Harper, Sara |
| **Cc:** | Hodge, Donnie |
| **Subject:** | FW: From UTC HR: ETERM Start Request: Christopher Weiss |

Good morning, Team and FYI
I completed this on April 8th. I have plans to complete time sheet asap (see below).

FYI: A Termination Request Form for the employee described below was submitted to the IRIS Workflow System and is being routed for approval.

Name: Weiss, Christopher
Personnel Number: 00376895
Effective Date: 04/08/2021
Termination Reason: Personal reasons
Cost Center: E047210 - REPS & MAINT

**From:** Human Resources <no-reply@sharepointonline.com>
**Sent:** Friday, April 9, 2021 8:29 AM
**To:** McDonough, Brandon <Brandon-McDonough@utc.edu>; Eppinger, Cathy <Cathy-Eppinger@utc.edu>; Harper, Sara <sara-j-harper@utc.edu>
**Subject:** From UTC HR: ETERM Start Request: Christopher Weiss

Hello,

If you have not already done so, please start the ETERM transaction in IRIS for **Christopher Weiss** to reflect a last working day at UTC of Wednesday, April 7, 2021. As a reminder, UT Policy requires employees work on their last working day.

Additionally, please enter all employee timesheet entries as soon as possible after they end their employment. Annual leave cannot be paid to them until all time is entered and approved.

Here are directions on how to start the e-termination (ETERM) transaction in IRIS.

1.  Enter and approve all time up to their last paid date. (If you are waiting for their timesheet, please still go ahead and start the e-termination in IRIS so it can go through workflow approvals.)

2.  In the IRIS screen: ZPTERM000 – Termination Request

3.  Type in terminating employees personnel # > create

4.  Type: 10 Termination or 11 Retirement

1

5. Reason: (pick a reason from menu) **If the employee is transferring to another State Agency, the reason code must be 12 – Empl. State of TN or TBR instit.**

6. Last Day To Be Paid: Termination date (last day worked)

7. Annual Leave: **Leave Blank**

8. Submit for Approval

**It is not necessary to reply to this email to confirm submission of the ETERM transaction.**

If you have any questions, please contact our office at (423) 425-4221.

Thank you,
UTC HR Team

( Supervisor ETERM Notification )

**REPLIES TO THIS EMAIL WILL NOT BE RECEIVED. PLEASE EMAIL TERMINATIONS@UTC.EDU TO CONTACT UTC HUMAN RESOURCES.**

**Eppinger, Cathy**

| | |
|---|---|
| **From:** | Eppinger, Cathy <Cathy-Eppinger@utc.edu> |
| **Sent:** | Thursday, August 26, 2021 10:52 AM |
| **To:** | Charland, Chris |
| **Cc:** | Johnson, Jina |
| **Subject:** | RE: Victor Nunes PN 396299 |

Hi Team,
Employee Termination has been completed.

**From:** Charland, Chris <Chris-Charland@utc.edu>
**Sent:** Wednesday, August 25, 2021 8:26 AM
**To:** Eppinger, Cathy <Cathy-Eppinger@utc.edu>
**Subject:** FW: Victor Nunes PN 396299

**From:** Johnson, Jina <Jina-Johnson@utc.edu>
**Sent:** Tuesday, August 24, 2021 4:53 PM
**To:** Charland, Chris <Chris-Charland@utc.edu>
**Subject:** Victor Nunes PN 396299

Hello Chris. We have been notified by UT system that Victor Nunes PN 396299 has not been paid since January 12, 2021. Could you all submit the e-form to terminate this employee since he has not paid since January.  Thanks.

Jina Johnson
UTC Human Resources
Total Compensation & Payroll Specialist
615 McCallie Avenue
Chattanooga, TN  37403
423-425-4014

1

# RECURRING DUTIES



➢ **Daily**

- o  Process-COPY-Enter Invoices into shadow budget-File

- o  Keep track of pending charges

➢ **Biweekly – PAYROLL**

- o  Entering biweekly TIMESHEETS

- o  Payroll Distribution Report -ZPR_CC_WBS_DIST

    - ▪  Shows who was paid and amount from a particular account. RUN THIS AFTER EACH PAY PERIOD AND/OR MONTH END AND ATTACH TO LEDGERS.

- o  Detailed Check Register ZPR_DETAIL_CHECK_REG

    - ▪  This report shows a breakdown of the individuals and their paycheck amounts and which accounts they hit. It should be RUN 2 DAYS PRIOR to payday to make sure everyone is getting paid. Each department must run this report and sign it.

➢ **Monthly – PAYROLL**

- o  Entering monthly TIMESHEETS

- o  Payroll Distribution Report -ZPR_CC_WBS_DIST

    - ▪  Shows who was paid and amount from a particular account. RUN T[...] AFTER EACH PAY PERIOD AND/OR MONTH END AND ATTACH TO LEDGERS.

- o  Detailed Check Register ZPR_DETAIL_CHECK_REG

    - ▪  This report shows a breakdown of the individuals and their payched[...] amounts and which accounts they hit. It should be RUN 2 DAYS PRI[...] payday to make sure everyone is getting paid. Each department mu[...] this report and sign it.

## ➤ Monthly - BUDGET

- o Reconciling Monthly Ledgers – Dept Head Signature

  - ▪ **ZFM_UT_LEDGER University Ledger \*\*\*New\*\*\*** - this is the ledger they want you to use for reconciling and signatures, however isn't useful until after the month closes in Knoxville, usually after the 7th or 8th of the month (sometimes sooner).

  - ▪ Directors/Department Heads need to sign off on each ledger after admin reconciles them.

  - ▪ These ledgers must be filed and kept for 6 years according to Fiscal Policy.

## ➤ Monthly PROCUREMENT CARD

- o Reconciling-Verifying-Approving Procurement Card

  - ▪ **ZPOS Procurement Card Statement** – This is where to print the document for signature.

  - ▪ **FBV2** – Is where you make changes and erase the NOT in front of RECONCILED. And mark "Complete" to send to approvals where Department Head will approve.

## ➤ Summer

- o Year-end close out – make sure end of year invoices get in on time to hit the correct month.



| FACILITIES DEPARTMENT PHONE NUMBERS as of JUNE 2022 | | | | |
|---|---|---|---|---|
| | RADIO # | CELL # | EMPLOYEE NAME | CAMPUS PHONE |
| ASST. VICE CHANCELLOR | 1 | 309-4192 | TOM ELLIS | 4687 |
| EXECUTIVE DIRECTOR | 2 | 618-971-6204 | ANTHONY MCCLELLAN | 5103 |
| BUSINESS MANAGER | | 423-598-2560 | AMANDA WINESBURGH | 5744 |
| ACCOUNTING ASST. | | | CHRIS BEAVERS | 4803 |
| BUDGET | | 398-0633 | SUE STEPHENS | 4734 |
| ADMIN. SUPPORT ASST. | | | CATHY EPPINGER | 4018 |
| ENGINEERING SERVICES DIR. | 3 | 423-987-2227 | CHELSI EWING | 4060 |
| SPACE MANAGER | | 580-2444 | KELLI FLOOD | 5335 |
| SUSTAINIABILITY COORDINATOR | | | VACANT | 5916 |
| CONSTRUCTION SERVICES DIR. | 9 | 619-6408 | DANNY WEST | 2002 |
| PROJECT SUPPORT SPECIALIST | 80 | 423-991-3315 | BRANDON PRATT | 2675 |
| PROJECT COORDINATOR | | 423-298-3102 | ROB HENRY | 5969 |
| PROJECT COORDINATOR | | | VACANT | 4528 |
| WORK CONTROL MANAGER | 8 | 423-619-0595 | MICHAL WELLS | 4075 |
| WORK CONTROL SPECIALIST | 6 | | KELSEY BATTLES | 2250 |
| WORK CONTROL COORDINATOR | 7 | | KEN HOOD | 4500 / 4521 |
| WORK CONTROL COORDINATOR | 7 | 423-255-7465 | JEAN BETTERS | 2254 / 4521 |
| STOREROOM BUYER | | | JOEY CHESTNUT | 4524 |
| ASSOCIATE BUYER | | | MICHELLE SEYMOUR | 5274 |
| MOTORPOOL COORDINATOR | | 706-264-4059 | DEBBY COREY | 5298 |
| MOTORPOOL | | 554-3832 | BILL BEAUREGARD | 5331 |
| LANDSCAPING SUPERVISOR | 73 | 432-4207 | CHRIS CHARLAND | 2368 |
| LANDSCAPING/MOTORPOOL ASST. | 75 | | CHARLES BERRY | |
| BUILD. SERVICES SUPERVISOR | 45 | 423-260-5441 | COREY MCGRAW | 5254 |
| CUSTODIAL EVENING SHIFT | | 423-760-0076 | KEVIN ODOM | |
| CUSTODIAL ASST. SUPERVISOR | | 356-7184 | DONNA BONNER | |
| MOVES FOREMAN | 48 | 315-2067 | ADARYLL CLAY | |
| MAINT & OPER SUPERINTENDENT | 5 | 488-8642 | DONNIE HODGE | 4033 |
| ASSIT. M&O SUPERINTENDENT | 4 | | CHRIS TURNER | 4803 |
| ELECTRICAL FOREMAN | 20 | 256-605-1118 | BRIAN VANN - ELECTRICAL SHOP FORMAN | 5244 |
| | 22 | | MICHAEL TWOMEY | 5505 |
| | 23 | | ADRIEN GUSTUS | 5505 |
| | 25 | | CHAD SMITH | 5505 |
| | 26 | | VACANT | 5505 |
| CARPENTRY & SIGN FOREMAN | 62 | 423-298-5340 | SCOTT SAMMONS - CARPENTRY & SIGN SHOP FOREMAN | 4671 |
| CARPENTRY SHOP | 65 | | STEVE HEBERT | 4800 |
| SIGN SHOP | 66 | 774-2384 | DAVID TUGGLE | 1720 |
| | 67 | | CHRIS BOLENBAUGH | 4671 |
| | 68 | | ROGER (TREY) COSTNER | 4671 |
| KEY SHOP | 60 | | BUD SISLER | 5928 |
| KEY SHOP | 59 | | VACANT | 5928 |
| SUPERVISOR (HVAC & PL) | 10 | 423-321-9307 | DAVID LYON | 2182 |
| HVAC SHOP | 11 | | MIKE PARHAM - HVAC SERVICE CALLS | |
| | 12 | 375-3501 | DAVID KING - HVAC CONTROLS | |
| | 14 | | NICHOLAS (NICK) RIEHLE | 4800 |
| | 15 | | JERRY BALL - HVAC PM | 4800 |
| | 17 | | MATO ZGLAV - HVAC MAINTENANCE | |
| | 18 | | COLEMAN BEATTY | |
| PLUMBING SHOP | 31 | | BILLY JACKSON     2nd PLUMBER | 4800 |
| | 32 | 698-3888 | JEROME MORGAN    1st PLUMBER | 4800 |
| CENTRAL ENERGY PLANT | | 667-4372 | BRANDON MCDONOUGH - CEP SUPERVISOR | 4345 |
| SAFETY | | | Any gas smells, call Robert Mullins 618-9833 | 5741 |
| PEAK PEST CONTROL (was Sentinel) | | | BERRY CARROLL | 595-8847 |
| SURPLUS | | | MIKE MYERS | 4732 |