HAMILTON COUNTY

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | |
|---|---|
| CATHY EPPINGER<br><br>Plaintiff,<br><br>V.<br><br>UNIVERSITY OF TENNESSEE<br>AT CHATTANOOGA<br><br>Defendant, | Civil Action No. 1:21-cv-00268<br><br>**FILED**<br>NOV 0 1 2022<br>Clerk, U. S. District Court<br>Eastern District of Tennessee<br>At Chattanooga<br><br>JURY TRIAL DEMAND |

## DECLINE MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S. Code § 636. Plaintiff Eppinger, Eppinger as *Pro Se received notice via electronically on October 26, 2022 and via U. S mail on October 31, 2022*. Plaintiff Eppinger, *Pro Se* <u>decline</u> to have a United States Magistrate Judge conduct all further proceedings in this case, and Plaintiff Eppinger hereby request that this case be reassigned to a United States District Judge. Plaintiff Eppinger prays request is granted.

*Pursuant to 28 U.S.C. § 636. Judiciary and Judicial Procedure § 636, With written consent of all parties, a magistrate judge may conduct all proceeding in a case, including all pretrial and trial proceedings, entry of judgement and post-trial motions. Plaintiff Eppinger filed consent, denial within her 14-day deadline.*

DATE: November 1, 2022

*[signature]*
Cathy Eppinger, *Pro Se*

I hereby certify that the foregoing instrument was delivered to the following persons set out below by U.S. mail and postage prepaid

On this ___1st___ day of ___November___ 20_22_

UTC of Tennessee at Chattanooga
Yousref Hamadeh Esq.
Office of the General Counsel
615 McCallie Avenue
Chattanooga, TN 37403

UTC of Tennessee at Knoxville
Michael Fitzgerald, Esq
Office of the General Counsel
505 Summer Place, UTT # 1120A
Knoxville, TN 37902