

**COUNTY OF HAMILTON**
**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA**

| | |
|---|---|
| **CATHY EPPINGER** | Civil Action No: 1:21-CV-00268-KAC-CHS |
| Plaintiff, | |
| V. | |
| **UNIVERSITY OF TENNESSEE AT CHATTANOOGA** | JURY TRIAL DEMAND |
| Defendant, | |

---

### AMENDMENT TO MOTION – INCORPORATION OF CASE LAW

---

Plaintiff, [Cathy Eppinger], *Pro Se* (**Eppinger**), hereby writes to formally request an amendment to my previous motion, [Doc 132] filed February 18, 2025. I propose incorporating the case law of *Fitzpatrick v. Bitzer*, 427 U.S. 445 (1976), to strengthen the legal basis of my proposal and to correct signature date from 2024 to 2025. [Attached herein, corrected Motion]

**Original Motion:** Congress can abrogate (remove) this immunity under certain circumstances, such as when enforcing the *Fourteenth Amendment*.

**Amended Motion:** Therefore, a plaintiff can bring a claim under 42 U.S.C. § 1981 against a state, despite the *Eleventh Amendment.* see *Fitzpatrick v. Bitzer*, 427 U.S. 445 (1976), the Supreme Court ruled that Congress could abrogate (remove) state sovereign immunity when it passed legislation under Section 5 of the 14th amendment to enforce equal protection rights.

The reason for this amendment is to ensure that my proposal is legally sound and aligns with established legal precedents.

Thank you for considering my request. Please let me know if you require any further information or have any questions.

Sincerely,

Cathy Eppinger

1